CARMEN A. TRUTANICH, City Attorney-SBN 86629x
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney-SBN 115453
BRUCE MONROE, Deputy City Attorney-SBN 136654
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012-4119
Telephone: (213) 978-8397; Facsimile: (213) 978-8787
Electronic Mail: Bruce.Monroe@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES,
LOS ANGELES POLICE DEPARTMENT,
LOS ANGELES CITY ATTORNEY'S OFFICE,
CARMEN TRUTANICH, CHARLES BECK,
ALLAN NADIR, AND ANGEL GOMEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTIAN RODRIGUEZ et al., | CASE NO. CV11-1135 DMG (JEMx) |
|---|---|
| Plaintiffs, | Honorable Dolly M. Gee |
| v. | ANSWER OF DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LOS ANGELES CITY ATTORNEY'S OFFICE, CARMEN TRUTANICH, CHARLES BECK, ALLAN NADIR, AND ANGEL GOMEZ TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| CITY OF LOS ANGELES et al., | |
| Defendants. | |
| | DEMAND FOR JURY TRIAL |
| | [F.R.Civ.P. 7(a)(2)] |
| | [Filed concurrently with Certificate of Interested Parties] |

DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LOS ANGELES CITY ATTORNEY'S OFFICE, CARMEN TRUTANICH, CHARLES BECK, ALLAN NADIR, and ANGEL GOMEZ answer Plaintiffs' First Amended Class Action Complaint for Damages and Injunctive Relief for themselves and no other parties as follows:

1. Answering paragraphs 1-2, 4-6, 12-13, 15-26, 28-31, 34, 36-49, 56, 58, and 60, Defendants lack sufficient information and belief upon which to answer the allegations, and on that basis, deny each allegation.

2. Answering paragraphs 3, 14, 27, 32-33, 35, 50-55, 57, 59, 61-74, Defendants deny each allegation.

3. Answering paragraph 7, Defendants admit the allegations of the first two sentence, but deny each other allegation.

4. Answering paragraph 8, Defendants admit that Carmen Trutanich is the elected City Attorney of Los Angeles, but deny each other allegation.

5. Answering paragraph 9, Defendants admit that Charles Beck is the Chief of the Los Angeles Police Department, but deny each other allegation.

6. Answering paragraph 10, Defendants admit that Allan Nadir is employed by the Los Angeles City Attorney's Office, but deny each other allegation.

7. Answering paragraph 11, Defendants admit that Angel Gomez is employed as a Police Officer by the Los Angeles Police Department, but deny each other allegation.

### FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused by the negligence of Plaintiffs, and the extent of damages sustained, if any, should be reduced in proportion to the amount of negligence.

### SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of negligence.

### THIRD AFFIRMATIVE DEFENSE

The state claims are barred for Plaintiffs' failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 *et seq.*

### FOURTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provision of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

///

Government Code Sections 815.2; 818; 820.2; 820.4; 820.8; 821.6, 845 and 945.6, Civil Code Sections 43.55 and 47, Penal Code Sections 836; 836.5 and 847, and Labor Code Section 3600.

### FIFTH AFFIRMATIVE DEFENSE

The Amended Complaint and each cause of action are barred by the applicable statute(s) of limitations.

### SIXTH AFFIRMATIVE DEFENSE

The action is barred by the doctrine of res judicata.

### SEVENTH AFFIRMATIVE DEFENSE

This action is barred by the doctrine of collateral estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### NINTH AFFIRMATIVE DEFENSE

Defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal.App.3d 579 (1981).

### TENTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### ELEVENTH AFFIRMATIVE DEFENSE

The Amended Complaint and each cause of action therein fail to state facts sufficient to constitute a cause of action.

### DEMAND FOR JURY TRIAL

Defendants hereby demand a trial by jury in this matter.

///

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: May 4, 2011

CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
BRUCE MONROE, Deputy City Attorney

By: *(signature)*
BRUCE MONROE, Deputy City Attorney
Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LOS ANGELES CITY ATTORNEY'S OFFICE, CARMEN TRUTANICH, CHARLES BECK, ALLAN NADIR, AND ANGEL GOMEZ