# INDEX OF DECLARATIONS AND EXHIBITS

| Tab/Exhibit | Description | Bates Stamp Nos. |
|---|---|---|
| Cazarez Decl. | Declaration of Alberto Cazarez filed in Support of Plaintiffs' Motion for Class Action Certification, signed March 15, 2012 | 001-003 |
| 1. | Press Release Re: Central High School Seniors Receive AHMA Scholarship!, dated April 30, 2010 | 004-006 |
| 2. | Culver City Boys Injunction Re: Case No. SC056980 served on Alberto Cazarez on December 20, 2009 | 007-012 |
| Rodriguez Decl. | Declaration of Christian Rodriguez filed in Support of Plaintiffs' Motion for Class Action Certification, signed March 15, 2012 | 013-016 |
| 1. | Press Release Re: Central High School Seniors Receive AHMA Scholarship!, dated April 30, 2010 | 017-019 |
| 2. | Culver City Boys Injunction Re: Case No. SC056980 served on Christian Rodriguez on February 25, 2006 | 020-025 |
| Pánuco Decl. | Declaration of Cindy Pánuco filed in Support of Plaintiffs' Motion for Preliminary Injunction, signed July 6, 2012 | 026-029 |
| 1. | Letter from Olu K. Orange to Bruce Monroe, dated July 6, 2012 | 030-032 |
| 2. | Curfew Provision Chart | 033-037 |
| 3. | 6 Gang Injunction Re: Case No. BC397522, dated January 23, 2009 | 038-047 |
| 4. | 10 Gang Injunction Re: Case No. BC332713, dated July 21, 2005 | 048-052 |
| 5. | 18th Street - Hollywood Injunction Re: Case No. BC305434, dated March 16, 2004 | 053-059 |
| 6. | 18th Street - Wilshire Injunction Re: Case No. BC313309, dated June 29, 2004 | 060-065 |
| 7. | 38th Street Injunction Re: Case No. BC319166, dated November 22, 2004 | 066-072 |
| 8. | 42nd Street, 43rd Street & 48th Street Gangster Crips Injunction Re: Case No. BC326016, dated April 7, 2005 | 073-080 |

### INDEX OF DECLARATIONS AND EXHIBITS

| Tab/Exhibit | Description | Bates Stamp Nos. |
|---|---|---|
| 9. | Avenues Injunction Re: Case No. BC287137, dated April 7, 2003 | 081-087 |
| 10. | Big Hazard Injunction Re: Case No. BC335749, dated September 9, 2005 | 088-094 |
| 11. | Blythe Street Gang Injunction Re: Case No. LC020525, dated February 17, 2000 | 095-101 |
| 12. | Canoga Park Alabama Injunction Re: Case No. BC267153, dated April 24, 2002 | 102-107 |
| 13. | Clover, Eastlake & Lincoln Heights Injunction Re: Case No. BC358881, dated January 9, 2007 | 108-114 |
| 14. | Culver City Boys Injunction Re: Case No. SC056980, dated March 27, 2001 | 115-120 |
| 15. | Dogtown Injunction Re: Case No. BC359945, dated December 13, 2006 | 121-128 |
| 16. | Eastside Wilmas Gang & Westside Wilmas Gang Injunction Re: Case No. NC030080, dated March 9, 2004 | 129-136 |
| 17. | Grape Street Crips Injunction Re: Case No. BC330087, dated May 25, 2005 | 137-143 |
| 18. | Highland Park Injunction Re: Case No. BC359944, dated February 16, 2007 | 144-149 |
| 19. | KAM Injunction Re: Case No. BC282629, dated January 16, 2003 | 150-155 |
| 20. | Langdon Street Gang injunction re: Case No. LC048292., dated February 17, 2000 | 156-161 |
| 21. | Mara Salvatrucha Injunction Re: Case No. BC311766, dated May 10, 2004 | 162-168 |
| 22. | Playboys Injunction Re: Case No. BC351990, dated September 21, 2006 | 169-176 |
| 23. | Rolling Sixty Crips Injunction Re: Case No. BC298646, dated Novemer 24, 2003 | 177-184 |
| 24. | School Yard Crips & Geer Gangster Crips Injunction Re: Case No. BC349468, dated September 22, 2006 | 185-192 |
| 25. | Varrio Nuevo Estrada Injunction Re: Case No. BC319981, dated November 15, 2004 | 193-200 |
| 26. | Venice 13 Gang Injunction Re: Case No. SC060375, dated January 12, 2001 | 201-208 |

### INDEX OF DECLARATIONS AND EXHIBITS

| Tab/Exhibit | Description | Bates Stamp Nos. |
|---|---|---|
| 27. | Venice Shoreline Crips Injunction Re: Case No. SC057282, dated October 18, 2000 | 209-213 |
| 28. | White Fence Injunction Re: Case No. BC353596, dated October 3, 2006 | 214-221 |
| 29. | Operations Order No. 2, dated December 9, 2009 | 222-227 |
| 30. | Reporter's Transcript, dated October 6, 2009 | 228-244 |
| 31. | Law review article entitled *No Way Out: An Analysis of Exit Processes for Gang Injunctions* | 245-279 |

Cazarez Declaration

**DECLARATION OF ALBERTO CAZAREZ**

I, ALBERTO CAZAREZ declare and state as follows:

      1.    I submit this declaration in support of Plaintiffs' Motion for Class Action Certification. The following information is within my own personal knowledge. If I am called, I could and would competently testify to the truth of the matters stated herein.

      2.    I am 20 years old. I live in Mar Vista Gardens Housing Projects. I graduated from Central High School where I obtained my high school diploma in June 2011. I have also taken classes at West Los Angeles College. Attached hereto as Exhibit 1 is a copy of a press release that was published about me on the Housing Authority's Website regarding a scholarship I received to attend West Los Angeles College. I now work at a non-profit organization which organizes mentors to provide story-telling to at-risk youth. My position is Student and Community Organizer. I have been doing this work since January 2012.

      3.    On June 19, 2009, it was near midnight and my friend Christian Rodriguez and I were walking home from visitting the homes of our girlfriends who live in the Mar Vista Gardens Housing Projects. When we were walking home, I heard police officers yell suddenly, "Police! Stop, drop to the ground." Both Christian and I stopped and dropped to the ground. Officer Angel Gomez and another officer of the Los Angeles Police Department reached me, and handcuffed us, and took us to the front of the projects. They put me in the back of the police car. I was about 17 years old when I was arrested. At that time, I had not been served with a gang injunction. The police took me to the front of the Projects and gave me a ticket.

      4.    Over the next six months or so, I appeared in court on at least one occasion regarding charges that were brought against me. I was prosecuted by the City of Los Angeles for violating a curfew provision of the Municipal Code.

      5.    On December 20, 2009, I was at the local Recreation Center. On my way in to the recreation center, I saw two of my female friends and classmates standing outside of the Center so I stopped to talk to them. While I was talking to my friends, I was approached by an officer with the Los Angeles Police Department named Officer Switzer, and was given a

**DECLARATION OF ALBERTO CAZAREZ**

- 1 -

document by the officer which was titled "Culver City Boys Gang Injunction." Attached hereto as Exhibit 2, is a true and correct copy of the gang injunction with which I was served on December 20, 2009.

6.    When he served me with the injunction, Officer Switzer pulled me aside and said, "That document means you can't hang out with this guy right here," and he pointed at my friend Christian Rodriguez who was standing a few feet away talking to another female classmate of ours. I didn't take the documents from him, so Officer Switzer threw the injunction documents at me. I have never been a member of any gang, so never understood why I got an injunction.

7.    When I am out in my neighborhood, or going to work, I am constantly aware that I am subject to the terms of the Culver City Boys gang injunction and that I will be arrested if I violate any of the terms of the injunction. I live in the Projects and the gang injunction Safety Zone is in the Projects. The minute I step out of the front door to my home, I walk into the safety zone. I don't want to be arrested or stopped again by LAPD, or have any arrests or jail time as part of my criminal record, so I try not to go outside after 10:00 p.m. or before sunrise.

8.    I have met with the lawyers working on this class action lawsuit to help others who like me, unjustly live in constant fear of doing something that might be viewed by the LAPD as a violation of the curfew provision of an injunction, and cause them to be arrested, prosecuted, and jailed. I have agreed to serve as a representative of all others who have also been served with an injunction like the one I was served with, and who have been arrested for violating any provisions of the injunctions.

9.    I regularly receive updates on the status of the lawsuit from the lawyers: Olu Orange, Esq. Anne Richardson, Esq., and Cindy Pánuco, Esq. I understand that by agreeing to serve as a class representative of others served with and arrested for violations of the injunctions, I have special responsibilities in helping with this case. I have made, and will continue to make myself available for whatever is necessary in this case, including a deposition and trial.

**DECLARATION OF ALBERTO CAZAREZ**

- 2 -

10.    I am not aware of any conflict with any other member of the proposed class in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on March 15, 2012, in Pasadena, California.

_A. Cazarez Jr. 3/15/12_

ALBERTO CAZAREZ

**DECLARATION OF ALBERTO CAZAREZ**

- 3

Cazarez Declaration

# Exh. 1

Central High School Seniors Receive AHMA Scholarship! - 30-Apr-10 p...          http://www.hacla.org/en/rel/718/





ABOUT HACLA
PUBLIC HOUSING
SECTION 8 HOUSING
HOMELESS INITIATIVES
INTERNAL CONTROL/FRAUD
DOING BUSINESS WITH HACLA
ASSET MANAGEMENT
15% ORDINANCE
PUBLIC DOCUMENTS
JORDAN DOWNS
CALENDAR OF EVENTS
JOBS AT HACLA
JOBS AT LOMOD
NEWS/PUBLICATIONS
CONTACT US
HOME

Search

☑ only search HACLA.org

**Contact HACLA**

213-252-2500
2600 Wilshire Blvd.
Los Angeles, CA 90057

Department List ▶

Releases    Articles    Calendar    ⊠

Releases    View    Search    List

30-Apr-10 12:00 PM  PDT

🖨 Print | More options ▾

## Central High School Seniors Receive AHMA Scholarship!



Christian Rodriguez and Alberto Cazarez, Jr from Mar Vista Gardens' Central High School are the recipients of AHMA Foundation scholarship.

"All of the hard work, resiliency, brilliance that comes through is paying off. I'm glad for them to be able to experience some of the success that I know they are capable of." said Vitaly, Central High School teacher.

Rodriguez is a Graduating Senior at Central High School who is also taking classes at West Los Angeles College. He says he was inspired to go to college by his older sister who is a student at Pasadena City College.

Alberto Cazarez, Jr. is an 18 year old junior (11th Grade) who is already taking classes at West Los Angeles Junior College. He is a first generation college student with aspirations of studying Political Science, and ultimately attending to Law School.

Cazarez and Rodriquez were awarded a $750.00 scholarship from the AMHA Foundation to be used toward their college expenses. Alberto says he's going to use the money to purchase books. "Vitaly inspired me, just the whole community inspires me." says Rodriquez. They in turn, inspire other youth to follow their educational dreams by providing good example. This year more students are applying for the same scholarship at Central High School.

"For me nothing that they accomplish is a surprise. It's a manifestation of everything they have been working towards." said Vitaly.

The Affordable Housing Management Association, Pacific Southwest (AHMA-PSW) is a non-profit organization composed of affordable housing providers, including agents, owners, property managers and related professionals who offer management and products or services to the affordable housing industry - low and moderate income families, seniors and persons with disabilities. This was the the twenty-sixth year of providing assistance in continuing education to deserving residents of public housing complexes.

*Photo: Central High School teacher Vitaly (in the middle) with students Alberto Cazarez (right) and Christian Rodriguez (left).*

1 of 2

Central High School Seniors Receive AHMA Scholarship! - 30-Apr-10 p...                    http://www.hacla.org/en/rel/718/



**006**

Cazarez Declaration

# Exh. 2

```
 1  STEVE COOLEY
    DISTRICT ATTORNEY
 2  By: JONLYN CALLAHAN (Bar No. 129236)
    Deputy District Attorney
 3  Hardcore Gang Division
    210 West Temple St., 17th Floor
 4  Los Angeles, California  90012
    Telephone:  (213) 974-3903
 5
    JAMES K. HAHN, CITY ATTORNEY
 6  222 S. Hill Street, 6th Floor
    Los Angeles, California  90012
 7  Telephone:  (213) 847-0128

 8

 9  Attorney for Plaintiff, People of the State of California

10

11            SUPERIOR COURT OF THE STATE OF CALIFORNIA

12              FOR THE COUNTY OF LOS ANGELES

13

14  PEOPLE OF THE STATE OF CALIFORNIA, )  CASE NO:  SC056980
                                       )
15                Plaintiff,           )  [▮▮▮▮▮▮▮]
                                       )
16        v.                           )  PERMANENT INJUNCTION
                                       )
17  CULVER CITY BOYS, an unincorporated )
    association, et al.                )
18                                     )
                   Defendants.         )
19  _____)

20

21      After considering the declarations, memorandum of points and

22  authorities, oral evidence, arguments of counsel and any other

23  evidence submitted and for good cause:

24      IT IS HEREBY ORDERED THAT JUDGMENT is entered in favor of

25  Plaintiff, People of the State of California, acting by and through

26  Steve Cooley, the District Attorney for Los Angeles County and

27  James Hahn, the City Attorney for Los Angeles and against

28  _____
                                  1
```

008

1  DEFENDANTS, ALEX ACUNA (FESTER), VICTOR AGUAYO (VIC DOG), JOSE LUIS

2  ALVARADO, RUBEN ARANGO (LIL SHARKY), BENJAMIN ARCHIBEQUE (BENJI),

3  JOSEPH  BARRON  (DRIFTER),  ISRAEL  BECERRA,  OSWALDO  BECERRA

4  (BECHO/OZ), DAVID BELTRAN (BROWNIE), NOE BELTRAN (LISTO/MONSTER),

5  HENRY BRAVO (HENNESEY/HEN-DOG), MARCOS CAMARILLO (TAVI), BRIAN

6  CISNEROS  (LITTLE  BRIAN),  EDMUND  CISNEROS  (STRETCH),  ANTHONY

7  COVARRUBIAS (PENGUIN), FRANCISCO DE LA TRINIDAD (CISCO), JOE DIAZ

8  (LAZY),  MARIO ESCOBAR, REFUGIO ESCOBAR (CUCO),  JULIAN ESPINOZA

9  (TITO), MARIO ESQUIVEL, JR, GILBERTO FABIAN (BETO), JESUS "JESSE"

10 GARCIA (LIL PSYCHO), ERIBERTO GONZALEZ (LIL CUCO), SAUL GONZALEZ

11 (LIL BOUNCER/TOKER), JEAN PAUL GRAMMATICO (JP), BENJAMIN GUERRERO

12 (PIRATE),  JAIME  GUERRERO  (J-CAT/CAPONE),  DAVID  GUTIERREZ

13 (DOVERMAN), JOHN "JUAN" HARO (JASPER), KELLY HARO (LIL YOUNGSTER),

14 STEPHEN HARO (YOUNGSTER), JOSE JACOBO, JUAN CARLOS JACOBO (C-DOG),

15 VICTOR JACOBO (CREEPER), NOEL JAIME (NOE), ROBERT LARIOS (CHINO),

16 JOHNNY "JUAN" LEON (RATON/RACOON), MARIO LEON (NIGHT OWL), JOHN

17 LOVEJOY  (JOHN-JOHN),  RONALD  MARESTEIN  (RON  BOY),  SAL  MARQUEZ

18 (GRIZZLEY), ROBERT MELGOZA (HUERO), JOHN MUNOZ (BOO-BOO), GUSTAVO

19 MURATAYA (GREEN EYES), MAURICIO OLMEDO (WICHO), FREDDIE PANIAGUA

20 (LIL CORNEJO), LEO PARRA, GUSTAVO PEREZ (LIL GUS), GUILLERMO

21 PLACENSIA (MEMO), ANDRES REGALADO (SMOKEY), JESUS "JESSE" RINCON

22 (LITTLE PSYCHO), MARTIN ROCHA, ROBERT RONQUILLO (LIL BETO/MC COY),

23 RICARDO SALAZAR (MALO), RUBEN SALAZAR (SCOOTER), PEDRO SANTANA

24 (CHUBBS), ANDRES VALENCIANA (BANDIT), GERARDO VALENCIANA, PEDRO

25 VALENCIANA (BOXER), HUGO VELIZ (CARTOON) AND THE CULVER CITY BOYS

26 GANG, and its members and all persons acting under, in concert

27 with, or for any one of them, and that the defendants named in this

28

2

[PROPOSED] PERMANENT INJUNCTION

009

1  judgment are hereby enjoined and restrained from engaging in,

2  committing or performing directly or indirectly, any of the

3  following activities in the SAFETY ZONE bounded by Venice Boulevard

4  to the north, Jefferson Boulevard to the south, Centinela Avenue to

5  the west and Sepulveda Boulevard to the east (See "Exhibit 1").

6      A.  Standing, sitting, walking, driving, or otherwise

7  appearing anywhere in public view with one or more named Defendants

8  or known Culver City Boys Gang members, but not including when all

9  individuals reside within a dwelling unit as defined in L.A.M.C.

10  section 1203;

11      Provision "A" does not apply at the Mar Vista Family Center

12  located at 5070 and 5075 Slauson Avenue, Monday through Saturday,

13  8:00 a.m. to 10:00 p.m.; Culver/Slauson Park located at 5070

14  Slauson Avenue, Monday through Saturday 8:00 a.m. to 7:00 p.m.

15      Provision "A" also does not apply to any named Defendant or

16  Culver City Boys Gang member who is in a vehicle in transit on the

17  405 and 90 Freeways or at the Los Angeles Police Department,

18  Pacific Division, located at 12312 Culver Boulevard.

19      B.  Selling, possessing, or using, without a prescription, or

20  knowingly remaining in the presence of anyone possessing, selling,

21  or using, without a prescription, any controlled substance or

22  related paraphernalia, including but not limited to, rolling papers

23  and pipes used for illegal drug use;

24      C.  Blocking the free passage of any person or vehicle on any

25  street, walkway, sidewalk, driveway, alleyway, or other area of

26  public passage;

27      D.  Being present on the private property of others except

28

3

[ ████████ ] PERMANENT INJUNCTION

1  with 1) the prior written consent of the owner or person in lawful

2  possession of the property or 2) in the presence of and with the

3  voluntary consent of the owner or person in lawful possession of

4  the property;

5      E.   Being outside between the hours of 10:00 p.m. on any day

6  and sunrise of the following day, unless (1) going to/from a

7  legitimate meeting or entertainment activity, or (2) actively

8  engaged in some business, trade, profession or occupation which

9  requires such presence, or (3) involved in a legitimate emergency

10 situation that requires immediate attention;

11     F.   Acting as a lookout, whistling, yelling or otherwise to

12 warn another person of an approaching law enforcement officer, or

13 soliciting, encouraging or employing another to do so;

14     G.   Confronting, intimidating, harassing, or threatening any

15 person;

16     H.   Drinking any alcoholic beverage in any public place or

17 any place open to public view, or knowingly being within 10 feet of

18 any open container of alcohol in a public place or a place open to

19 public view;

20     I.   Possessing any gun, ammunition, or illegal weapon as

21 defined in Penal Code section 12020 in any public place or place

22 open to public view or knowingly remaining in the presence of

23 anyone who is in possession of such gun, ammunition or dangerous

24 weapon;

25     J.   Damaging or defacing any public property or private

26 property of another, or possessing any aerosol paint container, a

27 flat tip marker, or any other marking substance as defined by Penal

28

4

[ ██████ ] PERMANENT INJUNCTION

1   Code section 594.2;

2       K.    Approaching or signaling as a pedestrian any moving

3   vehicle on any street unless legitimate emergency situation

4   requires;

5       L.    Possessing a pager;

6       M.    Being in any vehicle, other than a public bus, with any

7   other named Defendant or known Culver City Boys Gang member in the

8   area bordered by Lincoln Boulevard to the east, Pacific Avenue to

9   the west, Rose Avenue to the north and Venice Boulevard to

10  the south, unless a medical emergency exists (See "Exhibit 2").

11

12  DATE: *3-27-01*                    IT IS SO ORDERED

13

14

15                                     *Judith Abrams*
                                       Judge of the Superior Court

16

17                                     Respectfully submitted by:

18                                     PEOPLE OF THE STATE OF CALIFORNIA
                                       Steve Cooley, District Attorney

19

20  DATE: *2-16-01*               By:  *Jonlyn Callahan*

21                                     JONLYN CALLAHAN
                                       Deputy District Attorney

22                                     Attorney for Plaintiff

23

24

25

26

27

28
─────────────────────────────────────
                    5

                PERMANENT INJUNCTION

012

Rodriguez Declaration

**DECLARATION OF CHRISTIAN RODRIGUEZ**

I, CHRISTIAN RODRIGUEZ declare and state as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Class Action Certification.  The following information is within my own personal knowledge.  If I am called, I could and would competently testify to the truth of the matters stated herein.

2.      I am now 21 years old.  I live in Mar Vista Gardens Housing Projects.  I obtained my high school diploma from Central High School in June 2011.  I have also taken classes at West Los Angeles College.  Attached hereto as Exhibit 1 is a copy of a press release that was published about me, on the Housing Authority's Website regarding a scholarship I received to attend West Los Angeles College.  I am currently employed at a local car rental company.

3.      Sometime in 2005, I was walking home and had reached the front of the buildings often referred to as "the projects" where my home is.  Officer Anthony Rodriguez stopped me, and told me, "I'm going to make sure you do life, just like your friend is doing life right now!"  I had a friend who had just been arrested and was facing a lengthy sentence.  He then gave me some documents and said, "You've been served," and just left.  At the time, I was about 16 years old and still a student in high school.  When I got these documents, I did not read them because I didn't know what they were.

4.      On or around February 25, 2006, Officer Rodriguez stopped me and gave me some documents again.  One of the documents I was given was titled "Culver City Boys Gang Injunction."  Attached hereto as Exhibit 2, is a true and correct copy of the gang injunction with which I was served with on February 25, 2006.

5.      I have never been in a gang.  Within a few months of being served with the injunction, others in the neighborhood who were also served with the injunctions began to discuss that the injunctions meant we could not be out during certain hours.  Through hearing from people in my neighborhood, I got the understanding that being served with the gang injunction, meant that I could not leave my home after 10:00 p.m. every night.  If I left my home or was anywhere outdoors, my understanding was that I would be arrested and sent to jail. My

**DECLARATION OF CHRISTIAN RODRIGUEZ**

- 1

1    family and I worried that I'd be arrested for no reason other than I was outdoors later than I

2    should be. On many occasions, I had to stay home because I did not want to risk being arrested.

3          6.     On June 19, 2009, it was near midnight and my friend Alberto Cazarez and I were

4    walking home from visitting the homes of our girlfriends who live in the Mar Vista Gardens

5    Housing Projects. When we were walking home, I heard police officers yell suddenly, "Police!

6    Stop, drop to the ground." Both Alberto and I stopped and dropped to the ground. Officer Angel

7    Gomez and another officer of the Los Angeles Police Department reached me, handcuffed us,

8    and took us to the front of the projects. They put me in the back of the police car, and they took

9    me to the station. I was suspected of having violated the curfew provision of the gang

10   injunction, and I was sent to Los Angeles County Jail pending an arraignment. I was in jail over

11   the whole weekend. I went to court on the following Wednesday, and met my attorney Olu

12   Orange. After the arraignment, I was released on my own recognizance.

13         7.     Over the next year, I was in and out of court for appearances regarding charges

14   that were brought against me. I was prosecuted by a City Attorney for the City of Los Angeles -

15   Allan Nadir. I was prosecuted for violating the curfew provision of the gang injunction. The

16   charges were eventually dismissed, about a year later, but I am still required to comply with the

17   terms of the gang injunction which was served on me nearly six years ago.

18         8.     When I am out in my neighborhood, or going to work, I am constantly aware that

19   I am still subject to the terms of the Culver City Boys gang injunction and that I could be

20   arrested again if I violate any of the terms of the injunction. I live in the Projects and the gang

21   injunction Safety Zone is in the Projects. The minute I step out of the front door to my home, I

22   walk into the safety zone. On one occasion after 10 p.m., I walked to the parking lot in the

23   projects to help my mom with groceries. The minute I stepped onto the parking lot, a police

24   officer stopped me. My mom stepped out of the car to ask what was going on, and the police left

25   me alone. I don't want to be arrested again, or have any more arrests or jail time as part of my

26   criminal record, so I try not to go outside after 10:00 p.m. or before sunrise.

27

28

**DECLARATION OF CHRISTIAN RODRIGUEZ**

- 2 -

9.      I have met several times with the lawyers working on this class action lawsuit to help others who like me, unjustly live in constant fear of doing something that might be viewed by the LAPD as a violation of some provision of an injunction, and cause them to be arrested, prosecuted, and jailed.  I have agreed to serve as a representative of all others who have also been served with an injunction like the one I was served with, and arrested for allegedly violating.

10.     I regularly receive updates on the status of the lawsuit from lawyers: Olu Orange, Esq. Anne Richardson, Esq., and Cindy Pánuco, Esq.  I understand that by agreeing to serve as a class representative of others served with injunctions, I have special responsibilities in helping with this case.  I have made, and will continue to make myself available for whatever is necessary in this case, including a deposition.

11.     I am not aware of any conflict with any other member of the proposed class in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on March 15, 2012, in Los Angeles, California.

*Christian Rodriguez* 3/15/2012

CHRISTIAN RODRIGUEZ

**DECLARATION OF CHRISTIAN RODRIGUEZ**

- 3

016

Rodriguez Declaration

Exh. 1

Central High School Seniors Receive AHMA Scholarship! - 30-Apr-10 p...   http://www.hacla.org/en/rel/718/





The Housing Authority of
the City of Los Angeles
2600 Wilshire Blvd. Los Angeles, CA 90057

| Releases | Articles | Calendar | |
|---|---|---|---|
| Releases | View | Source | List |

30-Apr-10 12:00 PM PDT                                    Print | More options ▼

## Central High School Seniors Receive AHMA Scholarship!



Christian Rodriguez and Alberto Cazarez, Jr from Mar Vista Gardens' Central High School are the recipients of AHMA Foundation scholarship.

"All of the hard work, resiliency, brilliance that comes through is paying off. I'm glad for them to be able to experience some of the success that I know they are capable of." said Vitaly, Central High School teacher.

Rodriguez is a Graduating Senior at Central High School who is also taking classes at West Los Angeles College. He says he was inspired to go to college by his older sister who is a student at Pasadena City College.

Alberto Cazarez, Jr. is an 18 year old junior (11th Grade) who is already taking classes at West Los Angeles Junior College. He is a first generation college student with aspirations of studying Political Science, and ultimately attending to Law School.

Cazarez and Rodriguez were awarded a $750.00 scholarship from the AMHA Foundation to be used toward their college expenses. Alberto says he's going to use the money to purchase books. "Vitaly inspired me, just the whole community inspires me." says Rodriguez. They in turn, inspire other youth to follow their educational dreams by providing good example. This year more students are applying for the same scholarship at Central High School.

"For me nothing that they accomplish is a surprise. It's a manifestation of everything they have been working towards." said Vitaly.

The Affordable Housing Management Association, Pacific Southwest (AHMA-PSW) is a non-profit organization composed of affordable housing providers, including agents, owners, property managers and related professionals who offer management and products or services to the affordable housing industry - low and moderate income families, seniors and persons with disabilities. This was the the twenty-sixth year of providing assistance in continuing education to deserving residents of public housing complexes.

Photo: Central High School teacher Vitaly (in the middle) with students Alberto Cazarez (right) and Christian Rodriguez (left).

1 of 2

Central High School Seniors Receive AHMA Scholarship! - 30-Apr-10 p...          http://www.hacla.org/en/rel/718/



**019**

Rodriguez Declaration

# Exh. 2

1  STEVE COOLEY
   DISTRICT ATTORNEY
2  By: JONLYN CALLAHAN (Bar No. 129236)
   Deputy District Attorney
3  Hardcore Gang Division
   210 West Temple St., 17th Floor
4  Los Angeles, California  90012
   Telephone:  (213) 974-3903
5
   JAMES K. HAHN, CITY ATTORNEY
6  222 S. Hill Street, 6th Floor
   Los Angeles, California  90012
7  Telephone:  (213) 847-0128

8

9  Attorney for Plaintiff, People of the State of California

10

11          SUPERIOR COURT OF THE STATE OF CALIFORNIA

12              FOR THE COUNTY OF LOS ANGELES

13

14  PEOPLE OF THE STATE OF CALIFORNIA,  )  CASE NO:  SC056980
                                         )
15                   Plaintiff,          )  [████████]
                                         )
16          v.                           )  PERMANENT INJUNCTION
                                         )
17  CULVER CITY BOYS, an unincorporated  )
    association, et al.                  )
18                                       )
                     Defendants.         )
19  _____)

20

21      After considering the declarations, memorandum of points and

22  authorities, oral evidence, arguments of counsel and any other

23  evidence submitted and for good cause:

24      IT IS HEREBY ORDERED THAT JUDGMENT is entered in favor of

25  Plaintiff, People of the State of California, acting by and through

26  Steve Cooley, the District Attorney for Los Angeles County and

27  James Hahn, the City Attorney for Los Angeles and against

28  _____
                          1

1  DEFENDANTS, ALEX ACUNA (FESTER), VICTOR AGUAYO (VIC DOG), JOSE LUIS

2  ALVARADO, RUBEN ARANGO (LIL SHARKY), BENJAMIN ARCHIBEQUE (BENJI),

3  JOSEPH  BARRON  (DRIFTER),  ISRAEL  BECERRA,  OSWALDO  BECERRA

4  (BECHO/OZ), DAVID BELTRAN (BROWNIE), NOE BELTRAN (LISTO/MONSTER),

5  HENRY BRAVO (HENNESEY/HEN-DOG), MARCOS CAMARILLO (TAVI), BRIAN

6  CISNEROS  (LITTLE  BRIAN),  EDMUND  CISNEROS  (STRETCH),  ANTHONY

7  COVARRUBIAS (PENGUIN), FRANCISCO DE LA TRINIDAD (CISCO), JOE DIAZ

8  (LAZY), MARIO ESCOBAR, REFUGIO ESCOBAR (CUCO), JULIAN ESPINOZA

9  (TITO), MARIO ESQUIVEL, JR, GILBERTO FABIAN (BETO), JESUS "JESSE"

10 GARCIA (LIL PSYCHO), ERIBERTO GONZALEZ (LIL CUCO), SAUL GONZALEZ

11 (LIL BOUNCER/TOKER), JEAN PAUL GRAMMATICO (JP), BENJAMIN GUERRERO

12 (PIRATE),  JAIME  GUERRERO  (J-CAT/CAPONE),  DAVID  GUTIERREZ

13 (DOVERMAN), JOHN "JUAN" HARO (JASPER), KELLY HARO (LIL YOUNGSTER),

14 STEPHEN HARO (YOUNGSTER), JOSE JACOBO, JUAN CARLOS JACOBO (C-DOG),

15 VICTOR JACOBO (CREEPER), NOEL JAIME (NOE), ROBERT LARIOS (CHINO),

16 JOHNNY "JUAN" LEON (RATON/RACOON), MARIO LEON (NIGHT OWL), JOHN

17 LOVEJOY (JOHN-JOHN), RONALD MARESTEIN (RON BOY), SAL MARQUEZ

18 (GRIZZLEY), ROBERT MELGOZA (HUERO), JOHN MUNOZ (BOO-BOO), GUSTAVO

19 MURATAYA (GREEN EYES), MAURICIO OLMEDO (WICHO), FREDDIE PANIAGUA

20 (LIL CORNEJO), LEO PARRA, GUSTAVO PEREZ (LIL GUS), GUILLERMO

21 PLACENSIA (MEMO), ANDRES REGALADO (SMOKEY), JESUS "JESSE" RINCON

22 (LITTLE PSYCHO), MARTIN ROCHA, ROBERT RONQUILLO (LIL BETO/MC COY),

23 RICARDO SALAZAR (MALO), RUBEN SALAZAR (SCOOTER), PEDRO SANTANA

24 (CHUBBS), ANDRES VALENCIANA (BANDIT), GERARDO VALENCIANA, PEDRO

25 VALENCIANA (BOXER), HUGO VELIZ (CARTOON) AND THE CULVER CITY BOYS

26 GANG, and its members and all persons acting under, in concert

27 with, or for any one of them, and that the defendants named in this

28

2

[~~PROPOSED~~] PERMANENT INJUNCTION

1  judgment are hereby enjoined and restrained from engaging in,

2  committing or performing directly or indirectly, any of the

3  following activities in the SAFETY ZONE bounded by Venice Boulevard

4  to the north, Jefferson Boulevard to the south, Centinela Avenue to

5  the west and Sepulveda Boulevard to the east (See "Exhibit 1").

6      A.   Standing, sitting, walking, driving, or otherwise

7  appearing anywhere in public view with one or more named Defendants

8  or known Culver City Boys Gang members, but not including when all

9  individuals reside within a dwelling unit as defined in L.A.M.C.

10 section 1203;

11     Provision "A" does not apply at the Mar Vista Family Center

12 located at 5070 and 5075 Slauson Avenue, Monday through Saturday,

13 8:00 a.m. to 10:00 p.m.; Culver/Slauson Park located at 5070

14 Slauson Avenue, Monday through Saturday 8:00 a.m. to 7:00 p.m.

15     Provision "A" also does not apply to any named Defendant or

16 Culver City Boys Gang member who is in a vehicle in transit on the

17 405 and 90 Freeways or at the Los Angeles Police Department,

18 Pacific Division, located at 12312 Culver Boulevard.

19     B.   Selling, possessing, or using, without a prescription, or

20 knowingly remaining in the presence of anyone possessing, selling,

21 or using, without a prescription, any controlled substance or

22 related paraphernalia, including but not limited to, rolling papers

23 and pipes used for illegal drug use;

24     C.   Blocking the free passage of any person or vehicle on any

25 street, walkway, sidewalk, driveway, alleyway, or other area of

26 public passage;

27     D.   Being present on the private property of others except

28

3

 

[ ] PERMANENT INJUNCTION

with 1) the prior written consent of the owner or person in lawful possession of the property or 2) in the presence of and with the voluntary consent of the owner or person in lawful possession of the property;

E.   Being outside between the hours of 10:00 p.m. on any day and sunrise of the following day, unless (1) going to/from a legitimate meeting or entertainment activity, or (2) actively engaged in some business, trade, profession or occupation which requires such presence, or (3) involved in a legitimate emergency situation that requires immediate attention;

F.   Acting as a lookout, whistling, yelling or otherwise to warn another person of an approaching law enforcement officer, or soliciting, encouraging or employing another to do so;

G.   Confronting, intimidating, harassing, or threatening any person;

H.   Drinking any alcoholic beverage in any public place or any place open to public view, or knowingly being within 10 feet of any open container of alcohol in a public place or a place open to public view;

I.   Possessing any gun, ammunition, or illegal weapon as defined in Penal Code section 12020 in any public place or place open to public view or knowingly remaining in the presence of anyone who is in possession of such gun, ammunition or dangerous weapon;

J.   Damaging or defacing any public property or private property of another, or possessing any aerosol paint container, a flat tip marker, or any other marking substance as defined by Penal

4

 PERMANENT INJUNCTION



1  Code section 594.2;

2      K.    Approaching or signaling as a pedestrian any moving

3  vehicle on any street unless legitimate emergency situation

4  requires;

5      L.    Possessing a pager;

6      M.    Being in any vehicle, other than a public bus, with any

7  other named Defendant or known Culver City Boys Gang member in the

8  area bordered by Lincoln Boulevard to the east, Pacific Avenue to

9  the west, Rose Avenue to the north and Venice Boulevard to

10 the south, unless a medical emergency exists (See "Exhibit 2").

11

12 DATE: *3-27-01*                          IT IS SO ORDERED

13

14

15                                         Judge of the Superior Court

16

17                                         Respectfully submitted by:

18                                         PEOPLE OF THE STATE OF CALIFORNIA
                                           Steve Cooley, District Attorney

19

20 DATE: *2-16-01*                 By:

21                                         JONLYN CALLAHAN
                                           Deputy District Attorney

22                                         Attorney for Plaintiff

23

24

25

26

27

28

5

PERMANENT INJUNCTION

025