# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

### PROBABLE CAUSE DETERMINATION (DECLARATION)

| Location Booked: Pacific | Booking No.: 1953348 | Arrest File No.: 0914 15853 |
|---|---|---|
| Arrestee/Suspect (Last, First, Middle): Rodriguez, Christian J | | DOB: redacted |
| Arrestee/Suspect's Residential Address: 4976 redacted | Location of Occurrence: Handball Courts | |
| Booking Charge(s): 166 (a) (4) PC | Misdemeanor ✓  Felony | Supplemental Holds/Warrants Charges: |
| Date/Time of Arrest: 06/20/2009   1:15 | 48 Hour Expiration Date and Time: 06/22/2009   1:15 | |
| Arresting Agency/Division: LAPD/ Pacific | Arresting Officer(s): Gomez/ Cohen | Employee No.: 36673/ 37428 |
| Supervisor(s) Approving: [signature] | Employee No.: [illegible] | Date/Time: 6-20-09 / 0830 | Contact Phone No.: 582-6941 |

Facts establishing elements of offense(s)/violation(s). Information identifying/connecting arrestee/suspect by name with the violation(s) listed:

Deft has been served with gang injunction. He was out after 10 PM curfew loitering with other gang members violating the injunction.

☐ See attached reports incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.
Executed on 06/20/2009  8:00  in the County of Los Angeles, California.
(date)  (time)

[Signature]  A. Gomez  36673
(Signature)  (Print Name)  (Employee No.)

| Telephonic Determination ONLY | Probable Cause Determination |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____. The Judicial Officer advised me that there ☐ IS  ☐ IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles County, California, on _____ at _____. (Date) (Time) | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there ☐ IS  ☐ IS NOT probable cause to believe this arrestee has committed a crime. |
| (Signature)  (Employee No.) | (Judicial Officer's Signature)  (Date)  (Block Stamp)  (Time) |

CRIM 064 Revised: 10-21-08