UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION


THE HONORABLE DOLLY M. GEE, U.S. DISTRICT JUDGE PRESIDING


| | | |
|---|---|---|
| CHRISTOPHER RODRIGUEZ, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CV 11-1135-DMG |
| | ) | |
| | ) | |
| CITY OF LOS ANGELES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

FRIDAY, AUGUST 24, 2012


_____

DEBORAH K. GACKLE, CSR, RPR
United States Courthouse
312 North Spring Street, Room 402A
Los Angeles, California 90012
(213) 620-1149

1    **APPEARANCES OF COUNSEL:**

2

3

4        **For the Plaintiff:**

5

6            Olu K Orange
             Cindy Panuco
7            Anne K Richardson
             Hadsell Stormer Richardson and Renick LLP
8            128 North Fair Oaks Avenue
             Pasadena, CA 91103-3664
9            626-585-9600
             Fax: 626-577-7079
10           Email: arichardson@hadsellstormer.com

11

12

13       **For the Defendant:**

14

15           Rena M Shahandeh
             Bruce Monroe
16           Los Angeles City Attorney's Offfice
             200 N Main Street, 6th Floor
17           City Hall East
             Los Angeles, CA 90012-4130
18           213-978-8397
             Fax: 213-978-8787
19           Email: bruce.monroe@lacity.org

20

21

22

23

24

25

```
 1   LOS ANGELES, CALIFORNIA; FRIDAY, AUGUST 24, 2012; 2:00 P.M.

 2                            - - - -

 3

 4            THE CLERK:  Item 4, CV 11-1135-DMG, Christian

 5   Rodriguez, et al. v. City of Los Angeles, et al.

 6            MR. ORANGE:  Good afternoon, Your Honor.  Olu Orange

 7   joined by Anne Richardson and Cindy Panuco on behalf of

 8   plaintiffs Rodriguez and Cazarez, who are present in court.

 9   Thank you.

10            THE COURT:  Good afternoon.

11            MR. MONROE:  Good afternoon, Your Honor.  Deputy city

12   attorney Bruce Monroe and Rena Shahandeh for the defendants.

13            THE COURT:  Good afternoon.

14            Counsel, I've reviewed the papers, and I don't have a

15   tentative for you, but I do have a couple of areas where I'd

16   like you to focus your oral argument on.

17            First, I'd like to have some clarification as to

18   whether Mr. Cazarez' arrest and prosecution have been resolved,

19   and I know that as of the motion for class certification

20   hearing it was said that it was -- has been pending since

21   September of 2011, but I don't know whether it has since been

22   resolved.

23            Secondly, I would like to have further clarification

24   with regard to the subclass and the plaintiff's contention as

25   to the statutory damages that are available with respect to the
```

1  subclass, namely, I'm trying to understand whether it's

2  plaintiff's contention that every person who was served with

3  the gang injunction is entitled to statutory damages regardless

4  of whether they were arrested or seized or that it is only

5  those who had been seized and because of the fact that they

6  were seized that they're entitled to statutory damages.

7       Finally, I'd like the parties to address the *City of*

8  *Los Angeles versus Lyons* issue of whether threatened harm is

9  immediate and not speculative.  So I suppose plaintiff's

10  counsel can go first.

11       MR. ORANGE:  Your Honor, I'll address the first

12  question the court posed.

13       As far as Mr. Cazarez' arrest, we are not clear as to

14  whether or not it has been resolved either -- I'll explain what

15  I mean.  The paperwork that we've seen shows that Mr. Cazarez

16  was supposed to appear in court on a particular date to handle

17  the matter.  He did indeed appear in court on that particular

18  date to handle the matter, was told that the matter wasn't

19  filed, and then he was later, after he appeared in court on

20  that particular date, sent a notice that the matter had been

21  continued from that date to another date.  But the date of the

22  notice was post the date that he had gone to court for the

23  original date.  Since then, Mr. Cazarez has heard nothing else

24  about the matter.

25       THE COURT:  Did he go to the hearing to which it was

1    continued?

2           MR. ORANGE:  No, not that I know of.  Let me clarify

3    and make sure with him.  I want to give the court the correct

4    representation, but ...

5                 (Pause in the proceedings)

6           MR. ORANGE:  Your Honor, he did not go to the second

7    date, and he has heard nothing else about it.

8           THE COURT:  All right.  So as far as you know, it may

9    still be pending.

10          MR. ORANGE:  That is correct.  It could still be

11   pending, or it may still not be filed.  We don't know.  Our

12   assumption was that it wasn't, particularly in light of the

13   time that's passed, it would certainly end up being eligible to

14   be dismissed any way, if it has not been already, or if it was

15   filed.

16          THE COURT:  Perhaps you can address the question

17   about the subclass.

18          MR. ORANGE:  The question about the subclass as to

19   whether or not we are claiming that everyone who was seized is

20   entitled to damages -- I'm sorry -- whether or not everyone who

21   was served was entitled to damages or the only people who were

22   seized.  I believe we have indicated two subclasses, and we are

23   contending that everyone who was served is entitled to damages,

24   as well as people who were served and then seized.  In a

25   separate --

1    THE COURT:  Actually, you have a class of people who

2    were served, and then you have a subclass of people who were

3    seized.  So are you contending that for the class you are

4    contending each of the members of the class are entitled to

5    statutory damages?

6    MR. ORANGE:  Yes, Your Honor.

7    THE COURT:  And in addition, you're saying that

8    everyone in the subclass who was seized pursuant to the

9    injunction is entitled to another award of statutory damages.

10    MR. ORANGE:  Yes, Your Honor.  And the reason we

11    claim that is because the way the statute is worded, what it

12    says is that each member who -- or each person who is eligible

13    for the statutory damages is eligible for an award of statutory

14    damages for each violation against each person that violated

15    their rights.  And so in a situation where you have multiple

16    violations, the service and then the seizure, you would indeed

17    have a situation where there could be multiple awards for

18    statutory damages.

19    THE COURT:  All right.  Well, the problem I'm having

20    with the subclass is that, at least according to the facts as I

21    understand them, Mr. Cazarez, as I understand it, was arrested

22    before -- or I mean he was -- yes, he was arrested before he

23    was served with the injunction.

24    MR. ORANGE:  He was indeed arrested before he was

25    served with the injunction; however, he was seized, we contend,

1   as a result of the officer who seized him suspicion that he was

2   in violation of the injunction curfew.  One of the exhibits

3   that we filed along with our reply on the motion for the

4   preliminary injunction was the actual probable cause

5   determination declaration filed with the case by the officer

6   who seized him that night, and in that probable cause

7   declaration termination, what he says is, is that Mr. Rodriguez

8   was seized for violating gang injunction curfew and being out

9   with others.  Mr. Rodriguez and Mr. Cazarez were both seized

10  simultaneously by that same officer.  So it's our contention

11  that the people who he seized were seized because of the gang

12  injunction curfew.

13       THE COURT:  But he was charged with a violation of

14  the municipal code for as a minor for violating curfew.

15       MR. ORANGE:  Right, and that was an action taken by

16  the prosecutor as far as what to charge him with, but as far as

17  why he was seized and why the governing official who infringed

18  upon his rights at that moment acted, that is reflected in the

19  probable cause declaration.

20       THE COURT:  All right.  Well, I'm still struggling

21  with the issue of whether there are individualized issues with

22  regard to the subclass because Mr. Rodriguez apparently has an

23  order in which it was already ruled upon that there was

24  reasonable suspicion for his detention and arrest -- detention,

25  rather.

 1          MR. ORANGE:  Your Honor, if I may?

 2          THE COURT:  Yes.

 3          MR. ORANGE:  The issue that went up to the appellate

 4   division of the superior court was the issue of reasonable

 5   suspicion apart from the curfew issue.  The curfew issue never

 6   went up to the appellate division because the curfew issue had

 7   been resolved on demurrer long before the other issue was

 8   presented.  Now, the other issue that was presented was on the

 9   remaining count, which was the associational provision, and

10   that's what went up to the appellate department of the superior

11   court.  That necessarily means that, I think, with regard to

12   what we are dealing with for the subclass as far as the curfew

13   provision goes, it's not preclusive in any way, and it doesn't

14   relate to what has to be determined for folks who are affected

15   by the curfew provision.

16          THE COURT:  These are the two class representatives

17   that you have, so they have to be adequate to represent any

18   other of the class members that are a part of the subclass.  So

19   if Mr. Rodriguez has these individualized issues, it may

20   preclude a certification of the subclass.

21          MR. ORANGE:  Your Honor, I think our contention would

22   be that we're asking for certification of the subclass based on

23   the unconstitutionality of the curfew provision and action

24   against the people based on that, and while Mr. Rodriguez

25   indeed had an issue with the appellate division of the superior

1    court on the other provision, the associational provision, his

2    issue with regard to the curfew provision was taken care of

3    before that happened.  All the rest of the members of the

4    subclass that we're talking about have also been subjected to

5    the exact same curfew provision.

6            THE COURT:  I really have no problem with the class,

7    what I have a problem with is whether or not we're going to

8    have to determine for each member of the class whether there

9    was some other legitimate basis for their detention or arrest.

10           MR. ORANGE:  I don't think we will.  The reason is

11   because in asking for the statutory damages, we're talking

12   about offending the statute as being the source of the damages,

13   and to the extent that all of the people have suffered the

14   exact same situation, as far as the statute being offended in

15   terms of the curfew, there's no individualized issue that needs

16   to be determined.

17           THE COURT:  I would agree with you with regard to the

18   class because under that theory, there's no -- I'm not

19   concerned about whether or not they were properly represented,

20   all I'm concerned about is whether they were served with the

21   injunction; and your theory is that each of the people served

22   with the injunction has sustained a chilling effect.  With

23   regard to the subclass, however, it focuses on whether they

24   sustained harm because they were seized or detained pursuant to

25   the injunction, and for each one of those people, the

1   defendants are going to say but they were legitimately seized

2   and detained because of -- "x," "y," or "z," had nothing do

3   with the gang injunction.

4            MR. ORANGE:  The defendants may say that, but I think

5   the question then becomes what is the source of the injury that

6   supports the award of damages and whether or not there needs to

7   be an injury to support the award of damages; and the reason I

8   say that is because in reading the defendants' briefs on

9   opposing class certification, the cases that the defendants

10   cite to, and jurisprudence in the area, all suggest that the

11   reason that you -- in their argument -- cannot have a situation

12   where someone can have damages arising out of an unlawful

13   seizure on the one hand where there's also a lawful basis to

14   seize them, is because there is no injury.  However, what we

15   allege and we argue is that even though on the one hand there

16   was a lawful basis for there -- may have been a lawful basis to

17   seize someone.  We don't at all concede that there was -- but

18   that there may have been a lawful basis to seize someone, as

19   well as unlawful basis, certainly, the unlawful basis for the

20   seizure offends the statute.

21            THE COURT:  Yes, but that's your class -- that's for

22   the class.  I'm understanding you to say that if both of your

23   proposed class definitions were accepted, that the class and

24   the subclass, each one of the members of the class and the

25   subclass would be entitled to $2,000:  $1,000 for having simply

1    been served with the injunction, and the people who are members

2    of the subclass would be entitled to another thousand dollars

3    because they were seized or detained as result of the

4    injunction.  The point you're making seems to go to the

5    thousand dollars as it pertains to the class, but what I'm

6    talking about is the second thousand dollars that comes as a

7    result of the subclass.

8              MR. ORANGE:  I intended to also be -- talke about

9    that.  I'll try to elaborate.  I think -- so for the second

10   thousand dollars that would be going to the subclass for the

11   additional violation, what we are saying is that for that

12   additional violation, that additional violation also offends

13   the statute and is a source of statutory damages aside, apart

14   and by the language of the statute above and beyond any other

15   damages that would exist for the violation itself.

16              So if someone is seized for two bases -- one of them

17   being lawful; one of them being unlawful -- the unlawful

18   bases -- or basis supports an award of statutory damages

19   because that basis in and of itself for the seizure offends the

20   statute to the extent it's unconstitutional or unlawful.

21              THE COURT:  Even though they would have sustained the

22   same harm because of the other alternative ground?

23              MR. ORANGE:  Our argument is that the basis for the

24   award of money is not in the harm that the person sustains

25   because they're seized, it's based in the offending of the

1    statute.  If it were not, then I would say that there may not

2    be a basis for an award of money.  If the only analysis is

3    whether or not there is actually harm that the person suffered

4    from the seizure apart from the harm that the person suffered

5    from the seizure on the lawful basis --

6            THE COURT:  So you're saying that under 52.1 of the

7    Civil Code, that there's no need to show actual harm?

8            MR. ORANGE:  I don't think I'm saying that.  I would

9    not go that far.  I think that you do need to show that there

10   was harm, but what I am saying is that concurrent harm does not

11   preclude an award of statutory damages because the two harms,

12   even though they're concurrent, one of those harms offends the

13   statute; and the purpose of enacting the statute by the

14   legislature was, assumably, to prevent the conduct or punish

15   the conduct, and so that is why the award is supported.

16           THE COURT:  I think I understand what you're saying.

17   Thank you.

18           Perhaps you can address the *City of Los Angeles*

19   *versus Lyons* issue.

20           MR. ORANGE:  For that I am going to defer to my

21   colleague, Ms. Richardson.

22           THE COURT:  All right.  Thank you.

23           MS. RICHARDSON:  Thank you, Your Honor.  So under

24   *Lyons*, it's been well established post *Lyons* that when there is

25   a pattern of officially sanctioned behavior violative of

1   plaintiff's federal rights under the Ninth Circuit decision in

2   *LeDuc versus Nelson* and subsequent cases, that even having had

3   some kind of behavior violating the Fourth Amendment, or some

4   other statute, occurs against the plaintiff, they can still

5   bring injunctive relief or have standing to bring a

6   counterclaim.  So that is what we're arguing here.  We have a

7   pattern.  You have the gang injunction, which was officially

8   sanctioned; the defendants have admitted there has never been

9   any order that has revoked that.  That is still the policy of

10  City of Los Angeles, and individual officers are allowed,

11  according to the defendants, to make individual discretion, but

12  there is a pattern of officially sanctioned behavior that still

13  existed here.

14        THE COURT:  And so you're saying that that Ninth

15  Circuit authority would relieve the court of having to find

16  that there's a threat of immediate harm?

17        MS. RICHARDSON:  That's correct.  I mean, *LeDuc v.*

18  *versus Nelson*, 762 F.2d 1318, again, it was a class action

19  seeking injunctive relief, precisely arguing that the

20  defendants engaged in a standard pattern of officially

21  sanctioned officer behavior violative of plaintiff's

22  constitutional rights.

23        THE COURT:  Mr. Monroe.

24        MR. MONROE:  Yes, Your Honor.  As to the court's

25  first question, the status of Mr. Cazarez' prosecution, we

```
 1    produced a certified copy of the failure to appear in court,
 2    and we think that shows that, in the court's view, he didn't
 3    appear for at least one of those appearances.  What he was told
 4    as far as something not being filed, I don't know, but that
 5    doesn't really make sense because it wasn't submitted to a
 6    prosecutor for filing.  It's what is known as "RFC," or release
 7    from custody, which is a direct citation by the arresting
 8    officer.  He was cited right to court.  He was given a date to
 9    appear at that time, so there was no filing to be done.  The
10    filing was done, in effect, by the officer at the time of
11    arrest.
12              THE COURT:  Is that in the record?
13              MR. MONROE:  All the things I just said, no.  There's
14    a body of case law and statutes that says that, but I think --
15              THE COURT:  I mean, you're saying you -- there is a
16    document.  Was that something that was included in the record
17    in opposition to the motion?
18              MR. MONROE:  To the certification motion.
19              THE COURT:  Oh, to the certification motion.  Okay.
20              MR. MONROE:  Yes, that's correct.  Certified copy of
21    that, that was dated last year -- I think it was in October or
22    something like that -- showing the failure to appear.  In the
23    infraction citations -- citations that way, there's not a
24    formal docket.  That's's what that document says.
25              THE COURT:  What's upshot of that?  Does that mean
```

1    that there's a bench warrant because he didn't appear, or is it

2    just still pending there in some vacuum and nothing's happening

3    with it?

4              MR. MONROE:  Well, it doesn't say that a bench

5    warrant was issued.  That's what would normally happen in a

6    situation for failure to appear.  It doesn't say that.  There's

7    not a docket we can consult, so we're uncertain.  As far as we

8    know, it remains pending, as far as we know.

9              As far as the discussion on the second question about

10   the clarification of damages for the subclass, we would submit

11   to the court what we've already said in our papers, in essence,

12   that the named plaintiffs are an excellent illustration of the

13   individuality of the harm and the concerns that are addressed

14   by court.  First of all, neither of these gentlemen was

15   initially detained for anything related to the injunction at

16   all.  They were detained because the officers believed, and

17   appeared that they were coming from a group gang members that

18   may have been involved in vandalism or narcotics activities.

19   That was reason for the initial detention, and that's what the

20   appellate department of the superior court said was a valid

21   detention.  And the arrests were for different reasons,

22   different from each other and different from the reason for the

23   detention.  Certainly for Mr. Rodriguez, it was for a violation

24   of an injunction with which he did serve two paragraphs out of

25   the injunction.  For Mr. Cazarez, the arrest had nothing to do,

1    as the seizure did, with the injunction.  He hadn't been served

2    with it, so it just had nothing to do with it.

3              THE COURT:  How do you address Mr. Orange's

4    contention that where there are concurrent harms, that they're

5    not precluded from obtaining statutory damages for the harm

6    that flows from the injunction, notwithstanding that there was

7    another alternative grounds for the seizure or arrest?

8              MR. MONROE:  Well, it's an interesting theory.  I

9    don't know of any cases interpreting section 52.1 that hold

10   that way, and I don't believe he cited any.  As far as I know,

11   the court's analysis that there would be no harm if there are

12   two concurrent causes for a seizure -- one of which is valid

13   and one of which is not valid -- there's no harm; therefore,

14   how could there damages under that statue or any other.  And I

15   don't know of any legal authorities holding that there would be

16   in that situation.

17             THE COURT:  All right.  And with regard to the gang

18   injunctions, I know that you've indicated in your papers that

19   that language has been changed, that is not officially being

20   enforced, but that, as you know, the voluntarily cessation of

21   illegal conduct doesn't necessarily render the matter moot.  So

22   if there are concerns that it is still potentially going to be

23   enforced because the injunction was served and has never been

24   rescinded, isn't there enough harm here to be able to warrant

25   the issue of preliminary injunction?

```
 1              MR. MONROE:  We don't believe so, Your Honor.  First

 2    of all, there's no indication that anybody has been arrested

 3    for injunction violation for the better part of a year --

 4    curfew violation, I should say.  Secondly, there is indication

 5    that contrary to what Ms. Richardson was saying, that there is

 6    no official policy supporting it.  Official policy by both the

 7    LAPD and city attorney's office is do not enforce these invalid

 8    injunctions.  That's the official policy.  And I might just

 9    mention that even though it's not in evidence and it was not

10    submitted to -- in time to become part of the evidence for this

11    motion, that there has been an official LAPD order that there

12    should be no enforcement of gang injunction curfews, even valid

13    ones, at all henceforth, so that order has been issued to all

14    officers.  That is -- well, just re-enforcing the policy that

15    already exists for not enforcing the invalid injunction

16    curfews.

17              THE COURT:  You say it's not part of the record?

18              MR. MONROE:  It is not because it wasn't issued until

19    just before -- well, at the time that we filed our opposition.

20              THE COURT:  Would you -- have you served a copy of it

21    on the plaintiffs?

22              MR. MONROE:  We have but they don't have it yet.  It

23    was sent by mail today.

24              THE COURT:  Oh.  Well, I think I'm going to need to

25    have you put that in the record, and I'll give an opportunity
```

1    for the plaintiffs to address that.

2           MR. MONROE:  I don't yet have an authenticating

3    declaration, but I have requested one.

4           THE COURT:  Do you think you would be able to file it

5    within one week of today?

6           MR. MONROE:  Yes.  You're simply asking for that

7    order to be lodged with -- or filed with the court?

8           THE COURT:  Yes.  And you're saying that was served

9    on the members of the LAPD?

10          MR. MONROE:  Well, it was distributed to them.  I'm

11   not sure how that distribution takes place.  I think it is

12   through their LAN, local area network, where notices come up

13   when they sign on to the computer and email, but it's

14   distributed to all sworn officers.

15          THE COURT:  All right.  If you can file that by next

16   Friday, and I'll give plaintiffs an opportunity -- how much

17   time do you need, Ms. Richardson?  Do you think you'll need a

18   week or ...

19          MS. RICHARDSON:  Based on counsel's statement about

20   how it's distributed, I anticipate that we might need to take a

21   deposition regarding that, rather than -- depending on exactly

22   they give us.  If they give us a declaration, that would be my

23   only concern.  Might need a little bit of time to look into

24   that.

25          THE COURT:  All right.  Well, I, on the other hand,

```
 1   don't necessarily want to hold up the motion and the decision,

 2   so what I'll do is I will set a deadline for your response for

 3   a week after next Friday, and if you think that, after having

 4   received the notice, that you need to do something more than

 5   simply respond to it, you can meet and confer with opposing

 6   counsel and either submit a declaration or file an ex parte

 7   request for continuance of the deadline for response.

 8              MS. RICHARDSON:  Okay.

 9              MR. MONROE:  Your Honor, in the declaration that I'm

10   getting -- that I don't yet have -- I will attempt in that to

11   address how it is distributed so that everyone will know.

12              THE COURT:  All right.  Is there anything further

13   that either side would like to raise?

14              MR. ORANGE:  Yes, Your Honor, briefly.

15              THE COURT:  All right.  Mr. Orange, if you could, do

16   you have a citation to any authority that supports your theory

17   of concurrent harm with regard to Civil Code section 52.1?

18              MR. ORANGE:  I do not have one with me, but I can

19   certainly submit, yes.

20              THE COURT:  Okay.  I'll ask that you submit that also

21   by next Friday.

22              MR. ORANGE:  Thank you, Your Honor.

23              THE COURT:  No more than one page citation to the

24   authority would be adequate.

25              MR. ORANGE:  Certainly, Your Honor.
```

```
 1            Your Honor, I just wanted to express a thought, very
 2   briefly, about the cessation of unlawful policy that was just
 3   explained.
 4            That does not solve the problem, and what I mean by
 5   that is, is that this memorandum or this order can be
 6   distributed to every LAPD officer in the city, and every LAPD
 7   officer in the city can follow it scrupulously and still there
 8   going to be people who it was not distributed to, the most
 9   important people, and those are the people who the injunction
10   was served upon, because those people are still going to be in
11   their homes after 10 o'clock or unable to get to their homes if
12   they're outside of the, quote, unquote, safety zone after
13   10 o'clock, and the need for the injunction, regardless of what
14   any of the parties' filings are with regard to the declaration,
15   cessation of policy, the need for the injunction that we've
16   requested will still exist.
17            THE COURT:  I understand.  Anything further?
18            MR. MONROE:  No, Your Honor.
19            THE COURT:  Thank you.  The matter will stand
20   submitted.
21            Mr. Monroe, I don't want to address in any substance
22   the issue regarding the redaction of documents, but I did
23   receive a status report in that regard.  I'm assume that there
24   has been no resolution since that status report.
25            MR. MONROE:  That is true, Your Honor.
```

1    THE COURT:  Well, I probably will have to issue an

2  order, then.  Do you think that you're going to need to have a

3  hearing in that regard?

4    MR. MONROE:  Not knowing what the order would say, I

5  can't say, Your Honor.  I don't believe so, but I'd have to see

6  the order.

7    THE COURT:  Obviously, I don't know what the order

8  will say, but do you think there are issues that need to be

9  raised with the court in a hearing that weren't already

10  addressed previously?

11    MR. MONROE:  Not that I'm aware of, Your Honor.

12    THE COURT:  Then I will go ahead and set a hearing

13  for that so that the L.A. Times can be present, and that will

14  come in the way of a minute order.

15    Thank you.

16    MS. RICHARDSON:  Thank you, Your Honor.

17    MR. ORANGE:  Thank you, Your Honor.

18    MR. MONROE:  Thank you, Your Honor.

19    (Proceedings concluded at 2:25 p.m.)

20    - - - - -

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I hereby certify that the foregoing is a true and

4     correct transcript from the stenographic record of

5     the proceedings in the foregoing matter.

6

7                                          March 22, 2013

8     /S/_____          _____

9          Deborah K. Gackle                      Date
           Official Court Reporter
10         CSR No. 7106

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
COURT REPORTER DEBORAH K. GACKLE

**$**
$1,000 [1]  10/25
$2,000 [1]  10/25

**/**
/S [1]  22/8

**1**
10 [1]  20/11
10 o'clock [1]  20/13
11-1135-DMG [2]  1/9 3/4
1149 [1]  1/25
128 [1]  2/8
1318 [1]  13/18

**2**
200 [1]  2/16
2011 [1]  3/21
2012 [2]  1/17 3/1
2013 [1]  22/7
213 [1]  1/25
213-978-8397 [1]  2/18
213-978-8787 [1]  2/18
22 [1]  22/7
24 [2]  1/17 3/1
2:00 [1]  3/1
2:25 [1]  21/19

**3**
312 [1]  1/24
3664 [1]  2/8

**4**
402A [1]  1/24
4130 [1]  2/17

**5**
52.1 [3]  12/6 16/9 19/17

**6**
620-1149 [1]  1/25
626-577-7079 [1]  2/9
626-585-9600 [1]  2/9
6th [1]  2/16

**7**
7079 [1]  2/9
7106 [1]  22/10
762 [1]  13/18

**8**
8397 [1]  2/18
8787 [1]  2/18

**9**
90012 [1]  1/24
90012-4130 [1]  2/17
91103-3664 [1]  2/8
9600 [1]  2/9

**A**
able [2]  16/24 18/4
about [13]  4/24 5/7 5/17 5/18 9/4 9/12 9/19
 9/20 11/6 11/8 15/9 18/19 20/2
above [1]  11/14
accepted [1]  10/23
according [2]  6/20 13/11
acted [1]  7/18
action [2]  7/15 8/23 13/18
activities [1]  15/18
actual [2]  7/4 12/7
actually [2]  6/1 12/3
addition [1]  6/7

additional [3]  11/11 11/12 11/12
address [4]  1/15 6/19 11/16 12/7
 19/11 20/2
addressed [2]  15/13 21/10
adequate [2]  8/17 19/24
admitted [1]  13/8
affected [1]  8/14
after [5]  4/19 19/3 19/3 20/11 20/12
afternoon [4]  3/6 3/10 3/11 3/13
again [1]  3/18
against [3]  6/14 8/24 13/4
agree [1]  9/17
ahead [1]  21/12
al [4]  1/7 1/10 3/5 3/5
all [21]  5/8 6/19 7/20 9/3 9/13 9/20 10/10
 10/17 12/22 14/13 15/14 15/16 16/17 17/2
 17/13 17/13 18/14 18/15 18/25 19/12 19/15
allege [1]  10/15
allowed [1]  13/10
along [1]  7/3
already [5]  5/14 7/23 15/11 17/15 21/9
also [5]  9/4 10/13 11/8 11/12 19/20
also be [1]  11/8
alternative [2]  11/22 16/7
am [2]  12/10 12/20
Amendment [1]  13/3
analysis [2]  12/2 16/11
ANGELES [10]  1/10 1/16 1/24 2/16 2/17 3/1
 3/5 4/8 12/18 13/10
Anne [2]  2/7 3/7
another [4]  4/21 6/9 11/2 16/7
anticipate [1]  18/20
any [12]  5/14 8/13 8/17 11/14 13/9 16/9
 16/10 16/14 16/15 19/16 20/14 20/21
anybody [1]  17/2
anything [3]  15/15 19/12 20/17
apart [3]  8/5 11/13 12/4
apparently [1]  7/22
appear [8]  4/16 4/17 14/1 14/3 14/9 14/22
 15/1 15/6
appearances [2]  2/1 14/3
appeared [2]  4/19 15/17
appellate [5]  8/3 8/6 8/10 8/25 15/20
are [26]
area [2]  10/10 18/12
areas [1]  3/15
argue [1]  10/15
arguing [2]  13/6 13/19
argument [3]  3/16 10/11 11/23
arichardson [1]  2/10
arising [1]  10/12
arrest [7]  3/18 4/13 7/24 9/9 14/11 15/25
 16/7
arrested [5]  4/4 6/21 6/22 6/24 17/2
arresting [1]  14/7
arrests [1]  15/21
as [43]
aside [1]  11/13
ask [1]  19/20
asking [3]  8/22 9/11 18/6
associational [2]  8/9 9/1
assumably [1]  12/14
assume [1]  20/23
assumption [1]  5/12
at [10]  6/20 7/18 10/17 14/3 14/9 14/10 15/15
 17/13 17/21 21/19
attempt [1]  19/10
attorney [1]  3/12
attorney's [2]  2/16 17/7
AUGUST [2]  1/17 3/1
authenticating [1]  18/2
authorities [1]  16/15
authority [3]  13/15 19/16 19/24

available [1]  3/25
avenue [2]  2/8 2/17
award [9]  6/9 6/13 10/6 10/7 11/18 11/24
 12/2 12/11 12/15
awards [1]  6/17
aware [1]  21/11

**B**
based [4]  8/22 8/24 11/25 18/19
bases [2]  11/16 11/18
basis [12]  9/9 10/13 10/16 10/16 10/18 10/19
 10/19 11/18 11/19 11/23 12/2 12/5
be [30]
because [22]  4/5 6/11 7/11 7/22 8/6 9/11 9/18
 9/24 10/2 10/8 10/14 11/3 11/19 11/22 11/25
 12/11 14/5 15/1 15/16 16/23 17/18 20/10
become [1]  17/10
becomes [1]  10/5
been [22]  3/18 3/20 3/21 4/5 4/14 4/20 5/14
 8/7 9/4 10/16 10/18 11/1 12/24 13/8 15/18
 16/1 16/19 16/23 17/2 17/11 17/13 20/24
before [6]  6/22 6/22 6/24 8/7 9/3 17/19
behalf [1]  3/7
behavior [4]  12/25 13/3 13/12 13/21
being [8]  5/13 7/8 9/12 9/14 11/17 11/17 14/4
 16/19
believe [4]  5/22 16/10 17/1 21/5
believed [1]  15/16
bench [2]  15/1 15/4
better [1]  17/3
beyond [1]  11/14
bit [1]  18/23
body [1]  14/14
both [3]  7/9 10/22 17/6
briefly [2]  19/14 20/2
briefs [1]  10/8
bring [2]  13/5 13/5
Bruce [2]  2/15 3/12
bruce.monroe [1]  2/19
but [23]

**C**
CA [2]  2/8 2/17
CALIFORNIA [4]  1/2 1/16 1/24 3/1
can [12]  4/10 5/16 10/12 12/18 13/4 15/7
 18/15 19/5 19/18 20/5 20/7 21/13
can't [1]  21/5
cannot [1]  10/11
care [1]  9/2
case [2]  7/5 14/14
cases [3]  10/9 13/2 16/9
cause [3]  7/4 7/6 7/19
causes [1]  16/12
Cazarez [6]  3/8 4/15 4/23 6/21 7/9 15/25
Cazarez' [3]  3/18 4/13 13/25
CENTRAL [1]  1/2
certainly [5]  5/13 10/19 15/23 19/19 19/25
certification [6]  3/19 8/20 8/22 10/9 14/18
 14/19
certified [2]  14/1 14/20
certify [1]  22/3
cessation [3]  16/20 20/2 20/15
changed [1]  16/19
charge [1]  7/16
charged [1]  7/13
chilling [1]  9/22
Christian [1]  3/4
CHRISTOPHER [1]  1/7
Cindy [2]  2/6 3/7
Circuit [2]  13/1 13/15
citation [3]  14/7 19/16 19/23
citations [2]  14/23 14/23
cite [1]  10/10

## C

cited [2]  14/8 16/10
city [11]  1/12 2/16 2/17 3/5 3/11 4/7 12/18
  13/10 17/7 20/6 20/7
Civil [2]  12/7 19/17
claim [1]  6/11
claiming [1]  5/19
clarification [3]  3/17 3/23 15/10
clarify [1]  5/2
class [17]  3/19 6/1 6/3 6/4 8/16 8/18 9/6 9/8
  9/18 10/9 10/21 10/22 10/23 10/23 10/24
  11/5 13/18
clear [1]  4/13
code [3]  7/14 12/7 19/17
colleague [1]  12/21
come [2]  18/12 21/14
comes [1]  11/6
coming [1]  15/17
computer [1]  18/13
concede [1]  10/17
concern [1]  18/23
concerned [2]  9/19 9/20
concerns [2]  15/13 16/22
concluded [1]  21/19
concurrent [5]  12/10 12/12 16/4 16/12 19/17
conduct [3]  12/14 12/15 16/21
confer [1]  19/5
constitutional [1]  13/22
consult [1]  15/7
contend [1]  6/25
contending [3]  5/23 6/3 6/4
contention [5]  3/24 4/2 7/10 8/21 16/4
continuance [1]  19/7
continued [2]  4/21 5/1
contrary [1]  17/5
copy [3]  14/1 14/20 17/20
correct [5]  5/3 5/10 13/17 14/20 22/4
could [4]  5/10 6/17 16/14 19/15
counsel [4]  2/1 3/14 4/10 19/6
counsel's [1]  18/19
count [1]  8/9
counterclaim [1]  13/6
couple [1]  3/15
court [20]  1/1 3/8 4/12 4/16 4/17 4/19 4/22
  5/3 8/4 8/11 9/1 13/15 14/1 14/8 15/11 15/14
  15/20 18/7 21/9 22/9
court's [3]  13/24 14/2 16/11
Courthouse [1]  1/23
CSR [2]  1/23 22/10
curfew [14]  7/2 7/8 7/12 7/14 8/5 8/5 8/6
  8/12 8/15 8/23 9/2 9/5 9/15 17/4
curfews [2]  17/12 17/16
custody [1]  14/7
CV [2]  1/9 3/4

## D

damages [23]
date [11]  4/16 4/18 4/20 4/21 4/21 4/21 4/22
  4/23 5/7 14/8 22/9
dated [1]  14/21
deadline [2]  19/2 19/7
dealing [1]  8/12
DEBORAH [2]  1/23 22/9
decision [2]  13/1 19/1
declaration [8]  7/5 7/7 7/19 18/3 18/22 19/6
  19/9 20/14
Defendant [1]  2/13
defendants [8]  1/11 3/12 10/1 10/4 10/9 13/8
  13/11 13/20
defendants' [1]  10/8
defer [1]  12/20
definitions [1]  10/23

demurrer [1]  8/7
dependent [3]  8/10 15/20
depending [1]  18/23
deposition [1]  18/21
Deputy [1]  3/11
detained [5]  9/24 10/2 11/3 15/15 15/16
detention [6]  7/24 7/24 9/9 15/19 15/21
  15/23
determination [1]  7/5
determine [1]  9/8
determined [2]  8/14 9/16
did [6]  4/17 4/25 5/6 15/24 16/1 20/22
didn't [2]  14/2 15/1
different [3]  15/21 15/22 15/22
direct [1]  14/7
discretion [1]  13/11
discussion [1]  15/9
dismissed [1]  5/14
distributed [6]  18/10 18/14 18/20 19/11 20/6
  20/8
distribution [1]  18/11
DISTRICT [3]  1/1 1/2 1/5
division [4]  1/3 8/4 8/6 8/25
DMG [2]  1/9 3/4
do [16]  3/15 10/2 12/9 15/25 16/2 16/3 17/7
  18/4 18/17 18/17 19/2 19/4 19/15 19/18 21/2
  21/8
docket [2]  5/17
document [2]  14/16 14/24
documents [1]  20/22
does [3]  12/10 14/25 20/4
doesn't [5]  8/13 14/5 15/4 15/6 16/21
dollars [2]  11/2 11/5 11/6 11/10
DOLLY [1]  1/5
don't [18]  3/14 3/21 5/11 9/10 10/17 12/8
  14/4 16/9 16/10 16/15 17/1 17/22 18/2 19/1
  19/10 20/21 21/5 21/7
done [2]  14/9 14/10

## E

each [10]  6/4 6/12 6/12 6/14 6/14 9/8 9/21
  9/25 10/24 15/22
East [1]  2/17
effect [2]  9/22 14/10
either [3]  4/14 19/6 19/13
eligible [3]  5/13 6/12 6/13
else [2]  4/23 5/7
email [3]  2/10 2/19 18/13
enacting [1]  12/13
end [1]  5/13
enforce [1]  17/7
enforced [2]  16/20 16/23
enforcement [2]  17/12
enforcing [2]  17/14 17/15
engaged [1]  13/20
enough [1]  16/24
entitled [9]  4/3 4/6 5/20 5/21 5/23 6/4 6/9
  10/25 11/2
essence [1]  15/11
established [1]  12/24
et [4]  1/7 1/10 3/5 3/5
even [6]  10/15 11/21 12/12 13/2 17/9 17/12
every [3]  4/2 20/6 20/6
everyone [5]  5/19 5/20 5/23 6/8 19/11
evidence [2]  17/9 17/10
ex [1]  19/6
exact [2]  9/5 9/14
exactly [1]  18/21
excellent [1]  15/12
exhibits [1]  7/2
exist [2]  11/15 20/16
existed [1]  13/13

exists [1]  17/15
explain [2]  10/5 20/3
explained [1]  20/3
express [1]  20/1
extent [2]  9/13 11/20

## F

F.2d [1]  13/18
fact [1]  4/5
facts [1]  6/20
failure [3]  14/1 14/22 15/6
Fair [1]  2/8
far [12]  4/13 5/8 7/16 7/16 8/12 9/14 12/9
  14/4 15/7 15/8 15/9 16/10
Fax [2]  2/9 2/18
federal [1]  13/1
file [3]  18/4 18/15 19/6
filed [8]  4/19 5/11 5/15 7/3 7/5 14/4 17/19
  18/7
filing [3]  14/6 14/9 14/10
filings [1]  20/14
Finally [1]  4/7
find [1]  13/15
first [6]  3/17 4/10 4/11 13/25 15/14 17/1
Floor [1]  2/16
flows [1]  16/6
focus [1]  3/16
focuses [1]  9/23
folks [1]  8/14
follow [1]  20/7
foregoing [2]  22/3 22/5
formal [1]  14/24
Fourth [1]  13/3
FRIDAY [5]  1/17 3/1 18/16 19/3 19/21
further [3]  3/23 19/12 20/17

## G

GACKLE [2]  1/23 22/9
gang [4]  4/3 7/8 7/11 10/3 13/7 15/17 16/17
  17/12
GEE [1]  1/5
gentlemen [1]  15/14
get [1]  20/11
getting [1]  19/10
give [5]  5/3 17/25 18/16 18/22 18/22
given [1]  14/8
go [6]  4/10 4/25 5/6 11/4 12/9 21/12
goes [1]  8/13
going [9]  9/7 10/1 11/10 12/20 16/22 17/24
  20/8 20/10 21/2
gone [1]  4/22
Good [4]  3/6 3/10 3/11 3/13
governing [1]  7/17
ground [1]  11/22
grounds [2]  16/7 16/7
group [1]  15/17

## H

had [9]  4/5 4/20 4/22 8/6 8/25 10/2 13/2
  15/25 16/2
hadn't [1]  16/1
Hadsell [1]  2/7
hadsellstormer.com [1]  2/10
Hall [1]  2/17
hand [3]  10/13 10/15 18/25
handle [2]  4/16 4/18
happen [1]  15/5
happened [1]  9/3
happening [1]  15/2
harm [16]  4/8 9/24 11/22 11/24 12/3 12/4
  12/7 12/10 12/10 13/16 15/13 16/5 16/11
  16/13 16/24 19/17
harms [3]  12/11 12/12 16/4
has [18]  3/20 3/21 4/14 4/23 5/7 5/14 7/22

**H**
has... [11] 8/14 8/19 9/22 13/8 13/9 16/19
  16/23 17/2 17/11 17/13 20/24
have [39]
having [5] 6/19 10/25 13/2 13/15 19/3
he [26]
heard [2] 4/23 5/7
hearing [5] 3/20 4/25 21/3 21/9 21/12
henceforth [1] 17/13
here [3] 13/6 13/13 16/24
hereby [1] 22/3
him [4] 5/3 7/1 7/6 7/16
his [7] 7/18 7/24 9/1
hold [2] 16/9 19/1
holding [1] 16/15
homes [2] 20/11 20/11
Honor [23]
HONORABLE [1] 1/5
how [6] 16/3 16/14 18/11 18/16 18/20 19/11
however [3] 6/25 9/23 10/14

**I**
I'd [4] 3/15 3/17 4/7 21/5
I'll [7] 4/11 4/14 11/9 17/25 18/16 19/2 19/20
I'm [14] 4/1 5/20 6/19 7/20 9/18 9/20 10/22
  11/5 12/8 17/24 18/10 19/9 20/23 21/11
I've [1] 3/14
if [15] 5/14 5/14 8/1 8/19 10/22 11/16 12/1
  12/2 16/11 16/22 18/15 18/22 19/3 19/15
  20/11
illegal [1] 16/21
illustration [1] 15/12
immediate [2] 4/9 13/16
important [1] 20/9
in [54]
included [1] 14/16
indeed [4] 4/17 6/16 6/24 8/25
indicated [2] 5/22 16/18
indication [2] 17/2 17/4
individual [2] 13/10 13/11
individuality [1] 15/13
individualized [3] 7/21 8/19 9/15
infraction [1] 14/23
infringed [1] 7/17
initial [1] 15/19
initially [1] 15/15
injunction [28]
injunctions [2] 16/18 17/8
injunctive [2] 13/5 13/19
injury [3] 10/5 10/7 10/14
intended [1] 11/8
interesting [1] 16/8
interpreting [1] 16/9
into [1] 18/23
invalid [2] 17/7 17/15
involved [1] 15/18
is [62]
isn't [1] 16/24
issue [16] 4/8 7/21 8/3 8/4 8/5 8/6 8/7 8/8
  8/25 9/2 9/15 12/19 16/25 20/22 21/1
issued [3] 15/5 17/13 17/18
issues [3] 7/21 8/19 21/8
it [49]
it's [12] 4/1 7/10 8/13 11/20 11/25 12/24 14/6
  16/8 17/9 17/17 18/13 18/20
Item [1] 3/4
itself [2] 11/15 11/19

**J**
joined [1] 3/7
JUDGE [1] 1/5
jurisprudence [1] 10/10
just [8] 14/13 15/2 16/2 17/8 17/14 17/19

**K**
kind [1] 13/3
know [15] 3/19 3/21 5/2 5/8 5/11 14/4 15/8
  15/8 16/9 16/10 16/15 16/18 16/20 19/11
  21/7
knowing [1] 21/4
known [1] 14/6

**L**
L.A [1] 21/13
lacity.org [1] 2/19
LAN [1] 18/12
language [2] 11/14 16/19
LAPD [5] 17/7 17/11 18/9 20/6 20/6
last [1] 14/21
later [1] 4/19
law [1] 14/14
lawful [6] 10/13 10/16 10/16 10/18 11/17
  12/5
least [2] 6/20 14/3
LeDuc [2] 13/2 13/17
legal [1] 16/15
legislature [1] 12/14
legitimate [1] 9/9
legitimately [1] 10/1
Let [1] 5/2
light [1] 5/12
like [6] 3/16 3/17 3/23 4/7 14/22 19/13
little [1] 18/23
LLP [1] 2/7
local [1] 18/12
lodged [1] 18/7
long [1] 8/7
look [1] 18/23
LOS [10] 1/10 1/16 1/24 2/16 2/17 3/1 3/5
  4/8 12/18 13/10
Los Angeles [3] 4/8 12/18 13/10
Lyons [4] 4/8 12/19 12/24 12/24

**M**
mail [1] 17/23
Main [1] 2/16
make [3] 5/3 13/11 14/5
making [1] 11/4
March [1] 22/7
matter [8] 4/17 4/18 4/18 4/20 4/24 16/21
  20/19 22/5
may [9] 5/8 5/11 8/1 8/19 10/4 10/16 10/18
  12/1 15/18
me [2] 5/2 19/18
mean [6] 4/15 6/22 13/17 14/15 14/25 20/4
means [1] 8/11
meet [1] 19/5
member [2] 6/12 9/8
members [7] 6/4 8/18 9/3 10/24 11/1 15/17
  18/9
memorandum [1] 20/5
mention [1] 17/9
might [3] 17/8 18/20 18/23
minor [1] 7/14
minute [1] 21/14
moment [1] 7/18
money [2] 11/24 12/2
Monroe [4] 2/15 3/12 13/23 20/21
moot [1] 16/21
more [2] 19/4 19/23
most [1] 20/8
motion [7] 3/19 7/3 14/17 14/18 14/19 17/11
  19/1

**Mr. Cazarez** [4] 4/15 4/23 6/21 15/25
**Mr. Monroe** [2] 3/25 20/21
Mr. Orange [1] 19/15
Mr. Orange's [1] 16/3
Mr. Rodriguez [5] 7/7 7/9 7/22 8/19 8/24
Ms. [3] 12/21 17/5 18/17
Ms. Richardson [3] 12/21 17/5 18/17
much [1] 18/16
multiple [2] 6/15 6/17
municipal [1] 7/14
my [2] 12/20 18/22

**N**
named [1] 15/12
namely [1] 4/1
narcotics [1] 15/18
necessarily [3] 8/11 16/21 19/1
need [12] 12/7 12/9 17/24 18/17 18/17 18/20
  18/23 19/4 20/13 20/15 21/2 21/8
needs [2] 9/15 10/6
neither [1] 15/14
Nelson [2] 13/2 13/18
network [1] 18/12
never [3] 8/5 13/8 16/23
next [3] 18/15 19/3 19/21
night [1] 7/6
Ninth [2] 13/1 13/14
no [18] 1/9 5/2 9/6 9/15 9/18 10/14 12/7 14/9
  14/13 16/11 16/13 17/2 17/6 17/12 19/23
  20/18 20/24 22/10
normally [1] 15/5
North [2] 1/24 2/8
not [38]
nothing [5] 4/23 5/7 10/2 15/25 16/2
nothing's [1] 15/2
notice [3] 4/20 4/22 19/4
notices [1] 18/12
notwithstanding [1] 16/6
Now [1] 8/8

**O**
o'clock [2] 20/11 20/13
Oaks [1] 2/8
obtaining [1] 16/5
Obviously [1] 21/7
occurs [1] 13/4
October [1] 14/21
offended [1] 19/14
offending [2] 9/12 11/25
offends [4] 10/20 11/12 11/19 12/12
Offfice [1] 2/16
office [1] 17/7
officer [8] 7/1 7/5 7/10 13/21 14/8 14/10 20/6
  20/7
officers [4] 13/10 15/16 17/14 18/14
official [6] 7/17 17/6 17/6 17/8 17/11 22/9
officially [5] 12/25 13/7 13/12 13/20 16/19
Oh [2] 14/19 17/24
Okay [3] 14/19 19/8 19/20
Olu [2] 2/6 3/6
on [23]
one [15] 7/2 9/25 10/13 10/15 10/24 11/16
  11/17 12/12 14/3 16/12 16/13 18/3 18/5
  19/18 19/23
ones [1] 17/13
only [2] 4/4 5/21 12/2 18/23
opportunity [2] 17/25 18/16
opposing [2] 10/9 19/5
opposition [2] 14/17 17/19
or [34]
oral [1] 3/16
Orange [3] 2/6 3/6 19/15
Orange's [1] 16/3

**20/1 20/2**

Mr [5] 3/18 4/13 7/9 13/25 15/23
Mr. [13] 4/15 4/23 6/21 7/7 7/9 7/22 8/19
  8/24 13/23 15/25 16/3 19/15 20/21

**Q**

order [11]  7/23 13/9 17/11 17/13 18/7 20/5
21/2 21/4 21/6 21/7 21/14
original [1]  4/23
other [11]  8/7 8/8 8/18 9/1 9/9 11/14 11/22
13/4 15/22 16/14 18/25
others [1]  7/9
our [7]  5/11 7/3 7/10 8/21 11/23 15/11 17/19
out [3]  7/8 10/12 15/24
outside [1]  20/12

**P**

p.m [2]  3/1 21/19
page [1]  19/23
Panuco [2]  2/6 3/7
papers [3]  3/14 15/11 16/18
paperwork [1]  4/15
paragraphs [1]  15/24
part [4]  8/18 17/3 17/10 17/17
parte [1]  19/6
particular [3]  4/16 4/17 4/20
particularly [1]  5/12
parties [1]  4/7
parties' [1]  20/14
Pasadena [1]  2/8
passed [1]  5/13
pattern [4]  12/25 13/7 13/12 13/20
Pause [1]  5/5
pending [5]  3/20 5/9 5/11 15/2 15/8
people [14]  5/21 5/24 6/1 6/2 7/11 8/24 9/13
9/21 9/25 11/1 20/8 20/9 20/9 20/10
Perhaps [2]  5/16 12/18
person [6]  4/2 6/12 6/14 11/24 12/3 12/4
pertains [1]  11/5
place [1]  18/11
plaintiff [3]  1/8 2/4 13/4
plaintiff' [5]  3/24 4/2 4/9 13/1 13/21
plaintiffs [5]  3/8 15/12 17/21 18/1 18/16
point [1]  11/4
policy [7]  13/9 17/6 17/6 17/8 17/14 20/2
20/15
posed [1]  4/12
post [2]  4/22 12/24
potentially [1]  16/22
precisely [1]  13/19
preclude [2]  8/20 12/11
precluded [1]  16/5
preclusive [1]  8/13
preliminary [2]  7/4 16/25
present [2]  3/8 21/13
presented [2]  8/8 8/8
PRESIDING [1]  1/5
prevent [1]  12/14
previously [1]  21/10
probable [3]  7/4 7/6 7/19
probably [1]  21/1
problem [4]  6/19 9/6 9/7 20/4
proceedings [4]  1/15 5/21 21/19 22/5
produced [1]  14/1
properly [1]  9/19
proposed [1]  10/23
prosecution [2]  3/18 13/25
prosecutor [2]  7/16 14/6
provision [8]  8/9 8/13 8/15 8/23 9/1 9/1 9/2
9/5
punish [1]  12/14
purpose [1]  12/13
pursuant [2]  6/8 9/24
put [1]  17/25

**Q**

question [6]  4/12 5/16 5/18 10/5 13/25 15/9
quote [1]  20/12

**R**

raise [1]  19/13
raised [1]  21/9
rather [2]  7/25 18/21
re [1]  17/14
re-enforcing [1]  17/14
reading [1]  18/8
really [2]  9/6 14/5
reason [6]  6/10 9/10 10/7 10/11 15/19 15/22
reasonable [2]  7/24 8/4
reasons [1]  15/21
receive [1]  20/23
received [1]  19/4
record [5]  14/12 14/16 17/17 17/25 22/4
redaction [1]  20/22
reflected [1]  7/18
regard [11]  3/24 7/22 8/11 9/2 9/17 9/23
16/17 19/17 20/14 20/23 21/3
regarding [2]  18/21 20/22
regardless [2]  4/3 20/13
relate [1]  8/14
related [1]  15/15
release [1]  13/19
relief [2]  13/5 13/19
relieve [1]  13/15
remaining [1]  8/9
remains [1]  15/8
Rena [2]  2/15 3/12
render [1]  16/21
Renick [1]  2/7
reply [1]  7/3
report [2]  20/23 20/24
Reporter [1]  22/9
REPORTER'S [1]  1/15
represent [1]  8/17
representation [1]  5/4
representatives [1]  8/16
represented [1]  9/19
request [1]  19/7
requested [2]  18/3 20/16
rescinded [1]  16/24
resolution [1]  20/24
resolved [4]  3/18 3/22 4/14 8/7
respect [1]  3/25
respond [1]  9/5
response [2]  19/2 19/7
rest [1]  16/14
result [3]  7/1 11/3 11/7
reviewed [1]  3/14
revoked [1]  13/9
RFC [1]  14/6
Richardson [6]  2/7 2/7 3/7 12/21 17/5 18/17
right [11]  5/8 6/19 7/15 7/20 12/22 14/8
16/17 18/15 18/25 19/12 19/15
rights [4]  6/15 7/18 13/1 13/22
RODRIGUEZ [9]  1/7 3/5 3/8 7/7 7/9 7/22
8/19 8/24 15/23
Room [1]  1/24
RPR [1]  1/23
ruled [1]  7/23

**S**

safety [1]  20/12
said [4]  3/20 14/13 15/11 15/20
same [4]  7/10 9/5 9/14 11/22
sanctioned [4]  12/25 13/8 13/12 13/21
say [12]  10/1 10/4 10/8 10/22 12/1 15/4 15/6
17/4 17/17 21/4 21/5 21/8
saying [10]  6/7 11/11 12/6 12/8 12/10 12/16
13/14 14/15 17/5 18/8
says [4]  6/12 7/7 14/14 14/24
scrupulously [1]  20/7

second [4]  5/6 11/6 11/9 15/9
secondly [3]  3/23 6/4 15/14
section [2]  16/9 19/17
see [1]  21/5
seeking [1]  13/19
seems [1]  11/4
seen [1]  4/15
seize [3]  10/14 10/17 10/18
seized [21]  4/4 4/5 4/6 5/19 5/22 5/24 6/3 6/8
6/25 7/1 7/6 7/8 7/9 7/11 7/11 7/17 9/24 10/1
11/3 11/16 11/25
seizure [9]  6/16 10/13 10/20 11/19 12/4 12/5
16/1 16/7 16/12
sense [1]  14/5
sent [2]  4/20 17/23
separate [1]  5/25
September [1]  3/21
serve [1]  15/24
served [15]  4/2 5/21 5/23 5/24 6/2 6/23 6/25
9/20 9/21 11/1 16/1 16/23 17/20 18/8 20/10
service [1]  6/16
set [2]  19/2 21/12
Shahandeh [2]  2/15 3/12
should [2]  17/4 17/12
show [2]  12/7 12/9
showing [1]  14/22
shows [2]  4/15 14/2
side [1]  19/13
sign [1]  18/13
simply [3]  10/25 18/6 19/5
simultaneously [1]  7/10
since [4]  3/20 3/21 4/23 20/24
situation [6]  6/15 6/17 9/14 10/11 15/6 16/16
so [24]
solve [1]  20/4
some [5]  3/17 9/9 13/3 13/3 15/2
someone [4]  10/12 10/17 10/18 11/4
something [4]  14/4 14/16 14/22 19/4
sorry [1]  5/20
source [3]  9/12 10/5 11/13
speculative [1]  4/9
Spring [1]  1/24
stand [1]  20/19
standard [1]  13/20
standing [1]  13/5
statement [1]  18/19
STATES [2]  1/1 1/23
statue [1]  16/14
status [3]  13/25 20/23 20/24
statute [11]  6/11 9/12 9/14 10/20 11/13 11/14
11/20 12/1 12/13 12/13 13/4
statutes [1]  14/14
statutory [13]  3/25 4/3 4/6 6/5 6/9 6/13 6/13
6/18 9/11 11/13 11/18 12/11 16/5
stenographic [1]  22/4
still [12]  5/9 5/10 5/11 7/20 13/4 13/9 13/12
15/2 16/22 20/7 20/10 20/16
Stormer [1]  2/7
Street [2]  1/24 2/16
struggling [1]  7/20
subclass [20]  3/24 4/1 5/17 5/18 6/2 6/8 6/20
7/22 8/12 8/18 8/20 8/22 9/4 9/23 10/24
10/25 11/2 11/7 11/10 15/10
subclasses [1]  5/22
subjected [1]  9/4
submit [4]  15/10 19/6 19/19 19/20
submitted [3]  14/5 17/10 20/20
subsequent [1]  13/2
substance [1]  20/21
suffered [3]  9/13 12/3 12/4
suggest [1]  10/10
superior [4]  8/4 8/10 8/25 15/20
support [1]  10/7

## S

supported [1]  12/15
supporting [1]  17/6
supports [3]  10/6 11/18 19/16
suppose [1]  4/9
supposed [1]  4/16
sure [2]  5/3 18/11
suspicion [3]  7/1 7/24 8/5
sustained [3]  9/22 9/24 11/21
sustains [1]  11/24
sworn [1]  18/14

## T

take [1]  18/20
taken [2]  7/15 9/2
takes [1]  18/11
talke [1]  11/8
talking [3]  9/4 9/11 11/6
tentative [1]  3/15
termination [1]  7/7
terms [1]  9/15
than [3]  18/21 19/4 19/23
Thank [10]  3/9 12/17 12/22 12/23 19/22
 20/19 21/15 21/16 21/17 21/18
that [183]
that's [9]  5/13 8/10 10/21 10/21 13/17 14/20
 15/5 15/19 17/8
That's's [1]  14/24
their [6]  6/15 9/9 10/11 18/12 20/11 20/11
them [5]  6/21 10/14 11/16 11/17 18/10
then [9]  4/19 4/23 5/24 6/2 6/16 10/5 12/1
 21/2 21/12
theory [4]  9/18 9/21 16/8 19/16
there [35]
there's [11]  9/15 9/18 10/13 12/7 13/16 14/13
 14/23 15/1 15/6 16/13 17/2
therefore [1]  16/13
these [4]  8/16 8/19 15/14 17/7
they [17]  4/4 4/5 8/17 9/19 9/20 9/23 9/24
 10/1 11/3 11/21 13/4 15/16 15/17 17/22
 18/13 18/22 18/22
they're [5]  4/6 11/25 12/12 16/4 20/12
things [1]  14/13
think [18]  8/11 8/21 9/10 10/4 11/9 12/8 12/9
 12/16 14/2 14/14 14/21 17/24 18/4 18/11
 18/17 19/3 21/2 21/8
this [3]  17/10 20/5 20/5
those [6]  4/5 9/25 12/12 14/3 20/9 20/10
though [4]  10/15 11/21 12/12 17/9
thought [1]  20/1
thousand [4]  11/2 11/5 11/6 11/10
threat [1]  13/16
threatened [1]  4/8
through [1]  18/12
time [7]  5/13 14/9 14/10 17/10 17/19 18/17
 18/23
Times [1]  21/13
today [2]  17/23 18/5
told [2]  4/18 14/3
transcript [2]  1/15 22/4
true [2]  20/25 22/3
try [1]  11/9
trying [1]  4/1
two [6]  5/22 8/16 11/16 12/11 15/24 16/12

## U

U.S [1]  1/5
unable [1]  20/11
uncertain [1]  15/7
unconstitutional [1]  11/20
unconstitutionality [1]  8/23
under [5]  9/18 12/6 12/23 13/1 16/14
understand [5]  4/1 6/21 6/21 12/16 20/17

understanding [1]  10/22
UNITED [1]  1/2
unlawful [7]  6/9 6/19 6/19 10/19 11/17 11/17
 11/20 20/2
unquote [1]  20/12
until [1]  17/18
up [6]  5/13 8/3 8/6 8/10 18/12 19/1
upon [3]  7/18 7/23 20/10
upshot [1]  14/25
us [2]  18/22 18/22

## V

vacuum [1]  15/2
valid [4]  15/20 16/12 16/13 17/12
vandalism [1]  15/18
versus [4]  4/8 12/19 13/2 13/18
very [1]  20/1
view [1]  14/2
violated [1]  6/14
violating [3]  7/8 7/14 13/3
violation [10]  6/14 7/2 7/13 11/11 11/12
 11/12 11/15 15/23 17/3 17/4
violations [1]  6/16
violative [2]  12/25 13/21
voluntarily [1]  16/20

## W

want [3]  5/3 19/1 20/21
wanted [1]  20/1
warrant [3]  15/1 15/5 16/24
was [67]
wasn't [4]  4/18 5/12 14/5 17/18
way [6]  5/14 6/11 8/13 14/23 16/10 21/14
we [25]
we're [6]  8/22 9/4 9/7 9/11 13/6 15/7
we've [3]  4/15 15/11 20/15
week [3]  18/5 18/18 19/3
well [13]  5/24 6/19 7/20 10/19 12/24 15/4
 16/8 17/14 17/19 17/24 18/10 18/25 21/1
went [3]  8/3 8/6 8/10
were [18]  4/4 4/6 5/21 5/24 6/2 6/2 7/9 7/11
 9/19 9/20 9/24 10/1 10/23 11/3 12/1 15/16
 15/17 15/21
weren't [1]  21/9
WESTERN [1]  1/3
what [27]
What's [1]  14/25
when [2]  12/24 18/13
where [7]  3/15 6/15 6/17 10/12 10/13 16/4
 18/12
whether [16]  3/18 3/21 4/1 4/4 4/8 4/14 5/19
 5/20 7/21 9/7 9/8 9/19 9/20 9/23 10/6 12/3
which [8]  4/25 7/23 8/9 13/7 14/7 15/24
 16/12 16/13
while [1]  8/24
who [21]  3/8 4/2 4/5 5/19 5/20 5/21 5/23 5/24
 6/1 6/2 6/8 6/12 7/1 7/6 7/11 7/17 8/14
 11/1 20/8 20/9
why [3]  7/17 7/17 12/15
will [10]  9/10 19/2 19/10 19/11 20/16 20/19
 21/1 21/8 21/12 21/13
within [1]  18/5
worded [1]  6/11
would [23]

## Y

year [2]  14/21 17/3
yes [11]  6/6 6/10 6/22 8/2 10/21 13/24 14/20
 18/6 18/8 19/14 19/19
yet [3]  17/22 18/2 19/10
you [47]
you'll [1]  18/17
you're [6]  6/7 11/4 12/6 12/16 13/14 14/15
 18/6 18/8 21/2

you've [1]  16/18
your [34]

## Z

zone [1]  20/12