JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RODRIGUEZ, ALBERTO CAZAREZ, individually and as class representatives<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF LOS ANGELES, CARMEN TRUTANICH, CHARLES BECK, ALLAN NADIR, ANGEL GOMEZ AND DOES 1 THROUGH 10.<br><br>*Defendants.* | Case No.:  CV11-01135 DMG (JEMx)<br><br>**FINAL JUDGMENT** |

This action came on for hearing before the Court on December 2, 2016, on Plaintiffs' Unopposed Motion for Final Approval of Settlement. The Settlement Agreement and objections having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that, in accordance with the Settlement, the above-captioned action is dismissed on the merits with prejudice on a class-wide basis, the Named Plaintiffs' Released Claims are dismissed on the merits with prejudice, and the City of Los Angeles shall pay attorney's fees in the amount of $5,750,000 to Plaintiffs' counsel in accordance with the terms set forth in the Order of Final Approval.

DATED: March 24, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE